B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Malibu Associates, LLC, a California limited liability company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-4106767** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2400 Wyandotte Street, Suite B-102<br>Mountain View, CA**<br>ZIP Code **94043** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**901 Encinal Road<br>Malibu, CA 90265** | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) 

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Malibu Associates, LLC, a California limited liability company** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **Central District of California** | Case Number: **1:09-bk-24625-MT** | Date Filed: **11/03/09** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Malibu Associates, LLC, a California limited liability company** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

**Signature of Attorney***

X **/s/ David L. Neale**_____
 Signature of Attorney for Debtor(s)

 **David L. Neale 141225**
 Printed Name of Attorney for Debtor(s)

 **Levene, Neale, Bender, Yoo & Brill LLP**
 Firm Name

 **10250 Constellation Blvd.**
 **Suite 1700**
 **Los Angeles, CA 90067**

 Address

 **(310) 229-1234**
 Telephone Number

 **March 10, 2015        141225**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas Hix**_____
 Signature of Authorized Individual

 **Thomas Hix**
 Printed Name of Authorized Individual

 **President of Managing Member of Debtor**
 Title of Authorized Individual

 **March 10, 2015**
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

X _____

_____
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**ACTION BY UNANIMOUS WRITTEN CONSENT
OF THE
MANAGING MEMBERS
OF**

**MALIBU ASSOCIATES, LLC**
a California limited liability company

February _10, 2015_

The undersigned Managing Members (collectively, the "*Manager*") of **MALIBU ASSOCIATES, LLC**, a California limited liability company (the "*Company*"), in accordance with California law and Article V of the Amended and Restated Operating Agreement of the Company (the "*Company Agreement*"), without the formality of convening a meeting, do hereby consent to, approve, adopt and ratify the resolutions herein. It is the intent of the undersigned that this consent be executed in lieu of a special meeting of the Manager, which consent shall be filed by the Manager with the minutes of the meetings of the Manager.

## CHAPTER 11 BANKRUPTCY PETITION

**RESOLVED**, that either or both of The Thomas C. Hix Company No. 3, Inc. and MPK Development, LLC, and/or its/their designees (collectively and individually, "*Managing Member*") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code;

**FURTHER RESOLVED**, that Managing Member is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

**FURTHER RESOLVED**, that Managing Member is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Managing Member deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members; and

**FURTHER RESOLVED**, that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

**MANAGING MEMBERS:**

**THE THOMAS C. HIX COMPANY NO. 3, INC.**, a California corporation
A Managing Member

By:_____
Thomas C. Hix, its President

**MPK DEVELOPMENT, LLC**, a California limited liability company
A Managing Member

By:_____
Mark D. Kvamme, its Managing Member

2

**FURTHER RESOLVED**, that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

**MANAGING MEMBERS:**

**THE THOMAS C. HIX COMPANY NO. 3, INC.**, a California corporation
A Managing Member

By:_____
Thomas C. Hix, its President

**MPK DEVELOPMENT, LLC**, a California limited liability company
A Managing Member

By:_____
Mark D. Kvamme, its Managing Member

2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **Malibu Associates, LLC, a California limited liability company**          Case No. _____
                                                            Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Evicom Corporation<br>4165 E. Thousand Oaks Blvd.<br>Suite 290<br>Thousand Oaks, CA 91362 | Evicom Corporation<br>4165 E. Thousand Oaks Blvd.<br>Suite 290<br>Thousand Oaks, CA 91362 | | | 64,206.66 |
| Ballard Rosenberg Golper & Savitt LLP<br>500 North Brand Blvd., 20th Floor<br>Glendale, CA 91203 | Ballard Rosenberg Golper & Savitt LLP<br>500 North Brand Blvd., 20th Floor<br>Glendale, CA 91203 | | | 15,000.00 |
| PMC Project Management<br>12976 Camino Del Canto<br>Del Mar, CA 92014 | PMC Project Management<br>12976 Camino Del Canto<br>Del Mar, CA 92014 | | | 10,500.00 |
| EPD Consultants<br>20722 Main Street<br>Carson, CA 90745 | EPD Consultants<br>20722 Main Street<br>Carson, CA 90745 | | | 8,789.20 |
| Bob Burke & Company<br>1100 S. Flower Street<br>Suite 3300<br>Los Angeles, CA 90015 | Bob Burke & Company<br>1100 S. Flower Street<br>Suite 3300<br>Los Angeles, CA 90015 | | | 8,000.00 |
| Mark A. Massara, Attorney at Law<br>1642 Great Highway<br>San Francisco, CA 94122 | Mark A. Massara, Attorney at Law<br>1642 Great Highway<br>San Francisco, CA 94122 | | | 7,500.00 |
| RCE Consultants, Inc.<br>23332 Mill Creek<br>Suite 205<br>Laguna Hills, CA 92653 | RCE Consultants, Inc.<br>23332 Mill Creek<br>Suite 205<br>Laguna Hills, CA 92653 | | | 4,328.75 |
| Blakeley & Blakeley LLP<br>2 Park Plaza<br>Suite 400<br>Irvine, CA 92614 | Blakeley & Blakeley LLP<br>2 Park Plaza<br>Suite 400<br>Irvine, CA 92614 | | | 2,952.00 |
| Glass Ratner<br>3424 Peachtree Road NE<br>Suite 2150<br>Atlanta, GA 30326 | Glass Ratner<br>3424 Peachtree Road NE<br>Suite 2150<br>Atlanta, GA 30326 | | | 1,530.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Malibu Associates, LLC, a California limited liability company**        Case No. _____

          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of Managing Member of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 10, 2015**          Signature    **/s/ Thomas Hix** _____

                                             **Thomas Hix**

                                             **President of Managing Member of Debtor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Central District of California

In re    **Malibu Associates, LLC, a California limited liability company** ,    Case No. _____

Debtor

Chapter _____ **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FISREF Investment Support Services FBO David B. Agus, MD 8631 West Third St., Suite 215E Los Angeles, CA 90048** | | **.0754%** | **Membership Interest** |
| **MPK Development LLC Attn: Mark D. Kvamme 205 Spokane Ave. Whitefish, MT 59937** | | **40.411%** | **Membership Interest** |
| **Pacific Capital Holdings, Inc. Attn: Alexis Klein 2295 Francisco Street, #2 San Francisco, CA 94123** | | **0.323%** | **Membership Interest** |
| **Pacific Capital Investments, LP Attn: Alexis Klein 2295 Francisco Street, #2 San Francisco, CA 94123** | | **6.405%** | **Membership Interest** |
| **RSF, Jr., LLC c/o Matrix Advisors, LLC 780 Third Ave., 28th Fl. New York, NY 10017** | | **8.023%** | **Membership Interest** |
| **T&J Investment Partners, LLC Attn: Thomas C. Hix 2400 Wyandotte Street, Suite B-102 Mountain View, CA 94043** | | **6.392%** | **Membership Interest** |
| **The Leone-Perkins Trust udt 8/26/99 c/o Sequpia Capital 3000 Sand Hill Road Bldg 4, Ste. 180 Menlo Park, CA 94027** | | **5.661%** | **Membership Interest** |
| **The Thomas C. Hix Company No 3 Inc. Attn: Thomas C. Hix 2400 Wyandotte Street, Suite B-102 Mountain View, CA 94043** | | **28.258%** | **Membership Interest** |
| **Third Millennium Trust c/o Sequoia Capital, 3000 Sand Hill Road Bldg 4, Suite 180 Menlo Park, CA 94027** | | **3.774%** | **Membership Interest** |

_**0**_ ___ continuation sheets attached to List of Equity Security Holders

In re    **Malibu Associates, LLC, a California limited liability company**    ,    Case No. _____

Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of Managing Member of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**March 10, 2015**_____    Signature_**/s/ Thomas Hix**_____

**Thomas Hix**
**President of Managing Member of Debtor**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Chapter 11 bankruptcy case entitled In re Malibu Associates, LLC, USBC Case No. 1:09-bk-24625-MT, filed on 11/3/09 in the Central District of California, San Fernando Valley Division, assigned to the Honorable Maureen A. Tighe. The case was dismissed. The real property located at 901 Encinal Canyon Road, Malibu, CA 90265 was included in the aforementioned prior filing.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Mountain View, California**_____ , California.          **/s/ Thomas Hix**_____

Date:      **March 10, 2015**_____          **Thomas Hix**
                                                Signature of Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Central District of California

In re   **Malibu Associates, LLC, a California limited liability company**           ,    Case No. _____

                                                             Debtor

                                                                      Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 75,900,000.00 | | |
| B - Personal Property | Yes | 3 | 285,948.17 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 47,704,476.57 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 122,806.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 11 | | | |
| | Total Assets | | 76,185,948.17 | | |
| | | Total Liabilities | | 47,827,283.18 | |

B6A (Official Form 6A) (12/07)

.

In re **Malibu Associates, LLC, a California limited liability company**,    Case No. _____

    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **901 Encinal Canyon Road, Malibu, California 90265** | **Fee simple** | **-** | **75,900,000.00** | **47,704,476.57** |

| | | | |
|---|---|---|---|
| | Sub-Total > | **75,900,000.00** | (Total of this page) |
| | Total > | **75,900,000.00** | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Malibu Associates, LLC, a California limited liability company**                    Case No. _____

_____ ,
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank account ending in 4313 maintained at the Heritage Bank of Commerce** | - | 500.50 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **500.50**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Malibu Associates, LLC, a California limited liability company**    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Malibu Golf Club, LLC** | **-** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Amounts owed on account of loans made to Malibu Golf Club, LLC** | **-** | **285,447.67** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **285,447.67**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Malibu Associates, LLC, a California limited liability company**,    Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Total >    **285,948.17**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Malibu Associates, LLC, a California limited liability company**    ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | January 1, 2015 | | | | | |
| **Aa87, LLC** **Attn: Managers** **300 West Spring Street, Suite 1901** **Columbus, OH 43215** | | - | | | **Second Deed of Trust** **901 Encinal Canyon Road, Malibu, California 90265** | | | | | |
| | | | | | Value $        **75,900,000.00** | | | | **473,000.00** | **0.00** |
| Account No. | | | | | 12/10/2014 | | | | | |
| **Los Angeles County Treasurer and Tax Collector** **P.O. Box 54110** **Los Angeles, CA 90054** | | - | | | **Tax Lien** **901 Encinal Canyon Road, Malibu, California 90265** | | | | | |
| | | | | | Value $        **75,900,000.00** | | | | **459,792.72** | **0.00** |
| Account No. | | | | | **First Deed of Trust** | | | | | |
| **U.S. Bank, National Association** **Attn: Real Estate Group** **1515 Westcliff Drive, 2nd Floor** **Newport Beach, CA 92660** | X | - | | | **901 Encinal Canyon Road, Malibu, California 90265** | | | X | | |
| | | | | | Value $        **75,900,000.00** | | | | **46,771,683.85** | **0.00** |
| Account No. | | | | | | | | | | |
| **Joshua D. Wayser & Lorie Lazarus** **Katten Muchin Rosenman LLP** **2029 Century Park  East, Suite 2600** **Los Angeles, CA 90067** | | | | | **Representing:** **U.S. Bank, National Association** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

**0**  ___ continuation sheets attached

| | Subtotal (Total of this page) | **47,704,476.57** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **47,704,476.57** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    __Malibu Associates, LLC, a California limited liability company__    Case No. _____
,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_1_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Malibu Associates, LLC, a California limited liability company** ,    Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J | C |  |  |  |  |  | AMOUNT ENTITLED TO PRIORITY |
| Account No. |  |  |  | For notice only. |  |  |  |  |  |
| **Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280** |  | - |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 | 0.00 |
| Account No. |  |  |  | For notice only |  |  |  |  |  |
| **Franchise Tax Board Bankruptcy Section, MS: A-340 P.O. Box 2952 Sacramento, CA 95812** |  | - |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 | 0.00 |
| Account No. |  |  |  | For notice only. |  |  |  |  |  |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101** |  | - |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 | 0.00 |
| Account No. |  |  |  | For notice only. |  |  |  |  |  |
| **State Board of Equalization P.O. Box 942879 Sacramento, CA 94279** |  | - |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __Malibu Associates, LLC, a California limited liability company__,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | 2/28/15 | | | | | | | |
| Ballard Rosenberg Golper & Savitt LLP 500 North Brand Blvd., 20th Floor Glendale, CA 91203 | - | | | | | | | | 15,000.00 |
| Account No. | | 10/31/14 | | | | | | | |
| Blakeley & Blakeley LLP 2 Park Plaza Suite 400 Irvine, CA 92614 | - | | | | | | | | 2,952.00 |
| Account No. | | 11/19/14 - 1/17/15 | | | | | | | |
| Bob Burke & Company 1100 S. Flower Street Suite 3300 Los Angeles, CA 90015 | - | | | | | | | | 8,000.00 |
| Account No. | | 9/29/14 | | | | | | | |
| EPD Consultants 20722 Main Street Carson, CA 90745 | - | | | | | | | | 8,789.20 |
| __1__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 34,741.20 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Malibu Associates, LLC, a California limited liability company**                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 5/31/14 - 2/28/15 | | | | |
| Evicom Corporation 4165 E. Thousand Oaks Blvd. Suite 290 Thousand Oaks, CA 91362 | - | | | | | | | | 64,206.66 |
| Account No. | | | | | 12/23/14 | | | | |
| Glass Ratner 3424 Peachtree Road NE Suite 2150 Atlanta, GA 30326 | - | | | | | | | | 1,530.00 |
| Account No. | | | | | 6/1/14 - 2/1/15 | | | | |
| Mark A. Massara, Attorney at Law 1642 Great Highway San Francisco, CA 94122 | - | | | | | | | | 7,500.00 |
| Account No. | | | | | 9/22/14 - 11/17/14 | | | | |
| PMC Project Management 12976 Camino Del Canto Del Mar, CA 92014 | - | | | | | | | | 10,500.00 |
| Account No. | | | | | 6/30/14 | | | | |
| RCE Consultants, Inc. 23332 Mill Creek Suite 205 Laguna Hills, CA 92653 | - | | | | | | | | 4,328.75 |

| | | | |
|---|---|---|---|
| Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | | 88,065.41 |
| | Total (Report on Summary of Schedules) | | 122,806.61 |

B6G (Official Form 6G) (12/07)

.

In re    **Malibu Associates, LLC, a California limited liability company**    Case No. _____
                                                                    ,
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Abundant Life Christian Fellowship**<br>**2581 Leghorn Street**<br>**Mountain View, CA 94043** | **Debtor is the sublessee and Abundant Life Christian Fellowship is the sublessor in that certain Standard Sublease dated December 12, 2011 pursuant to which the Debtor subleases the premises located at 2400 Wyandotte Street, Suite B102, Mountain View, California 94043.** |
| **Los Angeles County Board of Supervisors by UNITE HERE Local  11**<br>**464 S. Lucas Ave., Suite 201**<br>**Los Angeles, CA 90017** | **Memorandum of Agreement entered into between the Debtor and the Los Angeles County Board of Supervisors by UNITE HERE Local 11 dated February 20, 2015.** |
| **MPK Development, LLC**<br>**Attn: Mark D. Kvamme**<br>**205 Spokane Ave.**<br>**Whitefish, MT 59937** | **Development Management Contract entered into between the Debtor, The Thomas C. Hix Company No. 3, Inc. and MPK Development, LLC dated June 15, 2011 pursuant to which The Thomas C. Hix Company No. 3, Inc. and MPK Development, LLC act as a development manager of the redevelopment of the Malibu Country Club located on the Debtor's property.** |
| **The Thomas C. Hix Company No. 3 Inc**<br>**Attn: Thomas C. Hix**<br>**2400 Wyandotte Street, Suite B-102**<br>**Mountain View, CA 94043** | **Development Management Contract entered into between the Debtor, The Thomas C. Hix Company No. 3, Inc. and MPK Development, LLC dated June 15, 2011 pursuant to which The Thomas C. Hix Company No. 3, Inc. and MPK Development, LLC act as a development manager of the redevelopment of the Malibu Country Club located on the Debtor's property.** |
| **The Thomas C. Hix Company No. 3 Inc**<br>**Attn: Thomas C. Hix**<br>**2400 Wyandotte Street, Suite B-102**<br>**Mountain View, CA 94043** | **Malibu Country Club Management Agreement entered into between the Debtor and The Thomas C. Hix Company No. 3 Inc. dated June 15, 2011, pursuant to which The Thomas C. Hix Company No. 3 Inc. is to act as manager of the Malibu Country Club located on the Debtor's property.** |

\* Please take notice that the inclusion herein of the above-listed agreement shall not be deemed to constitute an admission by the Debtor that such agreement is an executory contract, contract, unexpired lease, or lease. The Debtor is investigating the nature of the agreement and reserves all of its rights, including its right to contest the validity and/or nature of any agreement listed in this Schedule G.

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Malibu Associates, LLC, a California limited liability company**    Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mark D. Kvamme**<br>**205 Spokane Ave.**<br>**Whitefish, MT 59937**<br>   **Guarantor** | **U.S. Bank, National Association**<br>**Attn: Real Estate Group**<br>**1515 Westcliff Drive, 2nd Floor**<br>**Newport Beach, CA 92660** |
| **Richard S. Fuld, Jr.**<br>**c/o Matrix Advisors, LLC**<br>**780 Third Avenue, 28th Floor**<br>**New York, NY 10017**<br>   **Guarantor** | **U.S. Bank, National Association**<br>**Attn: Real Estate Group**<br>**1515 Westcliff Drive, 2nd Floor**<br>**Newport Beach, CA 92660** |
| **Thomas C. Hix**<br>**2400 Wyandotte Street**<br>**Ste. B-101**<br>**Mountain View, CA 94043**<br>   **Guarantor** | **U.S. Bank, National Association**<br>**Attn: Real Estate Group**<br>**1515 Westcliff Drive, 2nd Floor**<br>**Newport Beach, CA 92660** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Central District of California

In re    **Malibu Associates, LLC, a California limited liability company**

Debtor(s)

Case No. _____

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of Managing Member of Debtor of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**13**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **March 10, 2015**

Signature    **/s/ Thomas Hix**

**Thomas Hix**
**President of Managing Member of Debtor**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re    **Malibu Associates, LLC, a California limited liability company**        Case No. _____

                                                                 Debtor(s)        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2015 YTD: Business Income** |
| $1,754,810.12 | **2014: Business Income** |
| $2,753,118.75 | **2013: Business Income** |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2015 YTD: Rent, Interest from US Bank MM Account and F&B Wine Bar Base Fee** |

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| **$50,454.63** | **2014: Rent, Interest from US Bank MM Account and F&B Wine Bar Base Fee** |
| **$383,767.00** | **2013: Rent, Interest from US Bank MM Account and F&B Wine Bar Base Fee** |

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □ b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3.b. attached hereto** | | | |

None ■ c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **U.S. Bank National Association v. Malibu Associates, LLC et al., Case No. SC123329** | **Specific Performance for Appointment of Receiver, Judicial Foreclosure** | **Superior Court of the State of California for the County of Los Angeles, West District, Santa Monica, 1725 Main Street Santa Monica, CA 90401.** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■     a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■     b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None
■     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None
■     List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

---

#### 9.  Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Levene, Neale, Bender, Yoo & Brill L.L.P**<br>**1250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067** | **October 24, 2014 and February 12, 2015** | **$15,000 on October 24, 2014 and $75,000 on February 12, 2015** |

---

#### 10.  Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

#### 11.  Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **US Bank, NA**<br>**PO Box 1800**<br>**Saint Paul, MN 55101** | **Money Market account ending in 4385.**<br>**Final Balance $130.43** | **Closed in September 2014** |

---

#### 12.  Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)

5

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Malibu Golf Club, LLC** | 20-4825813 | **2400 Wyandotte Street, Suite B-102 Mountain View, CA 94043** | **Golf Club** | **4/19/06 - present** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Karen L. Trifari 2400 Wyandotte Street, Suite B102 Mountain View, CA 94043** | **2011 to present** |
| **Alvin Lee, CPA Novogradac & Company 246 First Street, 5th Floor San Francisco, CA 94105** | **2012 to present** |

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| **Karen L. Trifari** | **2400 Wyandotte Street, Suite B102**<br>**Mountain View, CA 94043** |
| **Alvin Lee, CPA** | **Novogradac & Company**<br>**246 First Street, 5th Floor**<br>**San Francisco, CA 94105** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Pacific Capital Investments LP**<br>**Attn: Alexis Klein**<br>**2295 Francisco Street, # 2**<br>**San Francisco, CA 94123** | **N/A** | **6.405% membership interest** |
| **T&J Investment Partners, LLC**<br>**Attn: Thomas C. Hix**<br>**2400 Wyandotte Street, Suite B-102**<br>**Mountain View, CA 94043** | **N/A** | **6.392% membership interest** |
| **The Thomas C. Hix Company No. 3, Inc.**<br>**Attn: Thomas C. Hix**<br>**2400 Wyandotte Street, Suite B-102**<br>**Mountain View, CA 94043** | **N/A** | **28.258% membership interest** |
| **MPK Development, LLC**<br>**Attn: Mark D. Kvamme**<br>**205 Spokane Ave**<br>**Whitefish, MT 59937** | **N/A** | **40.411% membership interest** |

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **The Leone-Perkins Trust UDT dated August 26, 1999 c/o Sequoia Capital 3000 Sand Hill Road, Bldg 4, Suite 180 Menlo Park, CA 94027** | **N/A** | **5.661% membership interest** |
| **RSF, Jr., LLC c/o Matrix Advisors, LLC 780 Third Ave., 28th Floor New York, NY 10017** | **N/A** | **8.023% membership interest** |
| **Thomas C. Hix 2400 Wyandotte Street, Suite B-102 Mountain View, CA 94043** | **President of Managing Member of Debtor** | |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                      ADDRESS                              DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                  DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Exhibit 23 attached hereto** | | |

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __**March 10, 2015**_____     Signature  __**/s/ Thomas Hix**_____

                                                  **Thomas Hix**
                                                  **President of Managing Member of Debtor**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**EXHIBIT 3.b. TO SOFA**

| Creditor | Date of Payment | Amount of Payment |
|---|---|---|
| Envicom Corporation | 12/12/2014 | (2,384.45) |
| Verizon | 12/12/2014 | (172.32) |
| Heritage Bank - Wire Fee | 12/16/2014 | (15.00) |
| Heritage Bank - Wire Fee | 12/19/2014 | (25.00) |
| Heal the Bay | 12/19/2014 | (5,000.00) |
| RCE Consultants, Inc. | 12/19/2014 | (37.26) |
| Heritage Bank - Wire Fee | 12/23/2014 | (25.00) |
| Heritage Bank - Wire Fee | 1/5/2015 | (30.00) |
| County of Los Angeles Regional Planning | 1/5/2015 | (32,000.00) |
| ALCF | 1/5/2015 | (1,947.86) |
| Ballard Rosenberg Golper LLP | 1/5/2015 | (697.50) |
| Bob Burke & Company | 1/5/2015 | (8,000.00) |
| Christine Carter Conway | 1/5/2015 | (3,500.00) |
| Delage Landen | 1/5/2015 | (299.24) |
| Envicom Corporation | 1/5/2015 | (6,630.10) |
| Geosyntec Consultants | 1/5/2015 | (310.03) |
| Ghost Tree | 1/5/2015 | (8,000.00) |
| Mark A. Massara | 1/5/2015 | (5,000.00) |
| RCE Consultants, Inc. | 1/5/2015 | (5,788.44) |
| Karen L. Trifari | 1/5/2015 | (2,014.00) |
| Truman & Elliott LLP | 1/5/2015 | (11,909.13) |
| Karen L. Trifari | 1/9/2015 | (1,000.00) |
| FedEX | 1/9/2015 | (116.91) |
| Heritage Bank - Wire Fee | 1/7/2015 | (25.00) |
| Heritage Bank - Wire Fee | 1/7/2015 | (25.00) |
| Heritage Bank - Wire Fee | 1/16/2015 | (25.00) |
| Elissa Davis | 1/23/2015 | (2,546.50) |
| Office Depot | 1/23/2015 | (146.62) |
| Verizon | 1/23/2015 | (169.29) |
| Cbeyond | 1/23/2015 | (852.73) |
| HRC Mileage | 1/23/2015 | (728.56) |
| ALCF | 1/30/2015 | (1,947.86) |
| Karen L. Trifari | 1/30/2015 | (3,000.00) |
| Heritage Bank - Wire Fee | 1/30/2015 | (25.00) |
| County of Los Angeles (Wts. & Measures) | 1/30/2015 | (970.53) |
| Heritage Bank - Wire Fee | 1/30/2015 | (15.00) |
| Heritage Bank - Wire Fee | 1/30/2015 | (15.00) |
| Bob Burke & Company | 2/9/2015 | (4,000.00) |
| Christine Carter Conway | 2/9/2015 | (3,500.00) |
| Cbeyond | 2/9/2015 | (869.15) |
| Delage Landen | 2/9/2015 | (299.24) |
| Envicom Corporation | 2/9/2015 | (3,479.96) |
| Ghost Tree | 2/9/2015 | (8,000.00) |
| Mark A. Massara | 2/9/2015 | (2,500.00) |

| | | |
|---|---|---|
| Truman & Elliott LLP | 2/9/2015 | (18,175.29) |
| Heritage Bank - Wire Fee | 2/12/2015 | (25.00) |
| Heritage Bank - Wire Fee | 2/12/2015 | (25.00) |
| Heritage Bank - Wire Fee | 2/12/2015 | (25.00) |
| DLX Checks | 2/17/2015 | (190.15) |
| Heritage Bank - Wire Fee | 2/17/2015 | (15.00) |
| Heritage Bank - Wire Fee | 2/27/2015 | (25.00) |
| County of Los Angeles Lobbyist fees | 2/28/2015 | (75.00) |
| Bob Burke & Company | 2/28/2015 | (4,000.00) |
| Christine Carter Conway | 2/28/2015 | (3,500.00) |
| Mark A. Massara | 2/28/2015 | (2,500.00) |
| Ghost Tree | 2/28/2015 | (8,750.00) |
| Verizon Wireless | 2/28/2015 | (167.18) |
| Karen L. Trifari | 2/28/2015 | (4,000.00) |
| Truman & Elliott LLP | 2/28/2015 | (15,033.00) |
| Cbeyond | 2/28/2015 | (869.15) |
| Delage landen | 2/28/2015 | (299.24) |
| Heritage Bank - Wire Fee | 3/2/2015 | (25.00) |
| Heritage Bank - Wire Fee | 3/2/2015 | (15.00) |
| Heritage Bank - Wire Fee | 3/6/2015 | (25.00) |
| ALPS | 3/7/2015 | (115.08) |
| Heritage Bank - Wire Fee | 3/10/2015 | (25.00) |

EXHIBIT 23 TO SOFA

| Name of Payee | Date | Amount | Purpose |
|---|---|---|---|
| Crankstart Foundation | 2/28/2015 | (10.00) | Payment for Interest in Debtor held by Crankstart Sold Back to Debtor |
| Hix Rubenstein Companies | 3/27/2014 | (6,826.06) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 4/15/2014 | (5,000.00) | Monthly management fee for F&B |
| Hix Rubenstein Companies | 4/29/2014 | (5,000.00) | Monthly managaement fee for F&B |
| Hix Rubenstein Companies | 5/2/2014 | (10,113.58) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 5/7/2014 | (5,000.00) | Monthly management fee for F&B |
| Hix Rubenstein Companies | 5/7/2014 | (5,000.00) | Monthly managaement fee for F&B |
| Hix Rubenstein Companies | 5/30/2014 | (14,015.93) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 6/6/2014 | (5,000.00) | Monthly management fee for F&B |
| Hix Rubenstein Companies | 6/12/2014 | (5,000.00) | Monthly management fee for F&B |
| Hix Rubenstein Companies | 7/1/2014 | (6,085.64) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 7/30/2014 | (10,050.06) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 7/30/2014 | (5,000.00) | Monthly management fee for F&B |
| Hix Rubenstein Companies | 7/30/2014 | (5,000.00) | Monthly managaement fee for F&B |
| Hix Rubenstein Companies | 9/2/2014 | (4,516.08) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 9/22/2014 | (5,000.00) | Monthly managaement fee for F&B |
| Hix Rubenstein Companies | 10/2/2014 | (4,918.23) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 10/22/2014 | (2,500.00) | Monthly managaement fee for F&B |
| Hix Rubenstein Companies | 11/3/2014 | (4,133.95) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 11/24/2014 | (7,749.31) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 12/31/2014 | (6,415.51) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 1/30/2015 | (6,064.98) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 2/17/2015 | (11,253.20) | Reimbursement of Business Expenses |
| Hix Rubenstein Companies | 3/10/2015 | (2,945.00) | Reimbursement of Business Expenses |
| Malibu Golf Club, LLC | 03/31/2014 | (1,214.50) | Payment to Xtel Data Services on behalf of Malibu Golf Club, LLC for phone system maintenance fees |
| Malibu Golf Club, LLC | 03/31/2014 | (2,200.00) | Payment to Wood Oil Company on behalf of Malibu Golf Club, LLC |
| Malibu Golf Club, LLC | 03/31/2014 | (1,440.11) | Payment to Nathan Radwick on behalf of Malibu Golf Club, LLC |
| Malibu Golf Club, LLC | 03/31/2014 | (1,063.15) | Payment to Nathan Radwick on behalf of Malibu Golf Club, LLC |
| Malibu Golf Club, LLC | 03/31/2014 | (1,978.04) | Payment to Nathan Radwick on behalf of Malibu Golf Club, LLC |
| Malibu Golf Club, LLC | 03/31/2014 | (9,000.00) | Payment to California Choice on behalf of Malibu Golf Club, LLC |
| Malibu Golf Club, LLC | 04/30/2014 | (1,214.50) | Payment to Xtel Data Services on behalf of Malibu Golf Club, LLC for phone system maintenance fees |
| Malibu Golf Club, LLC | 05/01/2014 | (1,502.05) | Payment to Wood Oil Company on behalf of Malibu Golf Club, LLC |
| Malibu Golf Club, LLC | 05/31/2014 | (1,214.50) | Payment to Xtel Data Services on behalf of Malibu Golf Club, LLC for phone system maintenance fees |
| Malibu Golf Club, LLC | 06/30/2014 | (1,214.50) | Payment to Xtel Data Services on behalf of Malibu Golf Club, LLC for phone system maintenance fees |
| Malibu Golf Club, LLC | 07/31/2014 | (1,214.50) | Payment to Xtel Data Services on behalf of Malibu Golf Club, LLC for phone system maintenance fees |

| | | | |
|---|---|---|---|
| Malibu Golf Club, LLC | 08/31/2014 | (1,214.50) | Payment to Xtel Data Services on behalf of Malibu Golf Club, LLC for phone system maintenance fees |
| Malibu Golf Club, LLC | 09/30/2014 | (1,214.50) | Payment to Xtel Data Services on behalf of Malibu Golf Club, LLC for phone system maintenance fees |
| Malibu Golf Club, LLC | 10/31/2014 | (1,214.50) | Payment to Xtel Data Services on behalf of Malibu Golf Club, LLC for phone system maintenance fees |
| Malibu Golf Club, LLC | 10/31/2014 | (100.00) | Payment to LMobile Computer Repair on behalf of Malibu Golf Club, LLC |
| Malibu Golf Club, LLC | 11/07/2014 | (10,000.00) | Loan |
| Malibu Golf Club, LLC | 11/12/2014 | (10,000.00) | Loan |
| Malibu Golf Club, LLC | 11/21/2014 | (13,000.00) | Loan |
| Malibu Golf Club, LLC | 11/30/2014 | (1,214.50) | Payment to Xtel Data Services on behalf of Malibu Golf Club, LLC for phone system maintenance fees |
| Malibu Golf Club, LLC | 11/30/2014 | (251.02) | Payment to Wood Oil Company on behalf of Malibu Golf Club, LLC |
| Malibu Golf Club, LLC | 12/02/2014 | (25,000.00) | Loan |
| Malibu Golf Club, LLC | 12/19/2014 | (30,000.00) | Loan |
| Malibu Golf Club, LLC | 12/23/2014 | (10,000.00) | Loan |
| Malibu Golf Club, LLC | 12/31/2014 | (1,214.50) | Payment to Xtel Data Services on behalf of Malibu Golf Club, LLC for phone system maintenance fees |
| Malibu Golf Club, LLC | 12/31/2014 | (509.30) | Payment to Wood Oil Company on behalf of Malibu Golf Club, LLC |
| Malibu Golf Club, LLC | 01/07/2015 | (6,000.00) | Loan |
| Malibu Golf Club, LLC | 01/07/2015 | (15,000.00) | Loan |
| Malibu Golf Club, LLC | 01/16/2015 | (6,000.00) | Loan |
| Malibu Golf Club, LLC | 01/30/2015 | (11,000.00) | Loan |
| Malibu Golf Club, LLC | 02/12/2015 | (12,000.00) | Loan |
| Malibu Golf Club, LLC | 02/27/2015 | (5,000.00) | Loan |
| Malibu Golf Club, LLC | 03/02/2015 | (3,000.00) | Loan |
| Malibu Golf Club, LLC | 03/06/2015 | (10,000.00) | Loan |
| Malibu Golf Club, LLC | 03/10/2015 | (5,200.00) | Loan |
| The Kim L. Hix Accountancy Corp | 9/19/2014 | (1,500.00) | Fee for Preparing Tax Returns |
| The Thomas C. Hix Company #3 | 3/28/2014 | (25,000.00) | Monthly fee due under contract for project management |
| The Thomas C. Hix Company #3 | 4/25/2014 | (25,000.00) | Monthly fee due under contract for project management |
| The Thomas C. Hix Company #3 | 5/24/2014 | (25,000.00) | Monthly fee due under contract for project management |
| The Thomas C. Hix Company #3 | 6/30/2014 | (25,000.00) | Monthly fee due under contract for project management |
| The Thomas C. Hix Company #3 | 7/30/2014 | (25,000.00) | Monthly fee due under contract for project management |
| The Thomas C. Hix Company #3 | 8/29/2014 | (25,000.00) | Monthly fee due under contract for project management |
| The Thomas C. Hix Company #3 | 9/26/2014 | (25,000.00) | Monthly fee due under contract for project management |
| The Thomas C. Hix Company #3 | 10/9/2014 | (50,000.00) | Monthly fee due under contract for project management |
| The Thomas C. Hix Company #3 | 11/10/2014 | (25,000.00) | Monthly fee due under contract for project management |

| | | | |
|---|---|---|---|
| The Thomas C. Hix Company #3 | 1/5/2015 | (25,000.00) | Monthly fee due under contract for project management |
| The Thomas C. Hix Company #3 | 2/9/2015 | (25,000.00) | Monthly fee due under contract for project management |
| The Thomas C. Hix Company #3 | 2/28/2015 | (25,000.00) | Monthly fee due under contract for project management |

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re | Case No.: |
| **Malibu Associates, LLC, a California limited liability company**<br><br>Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **90,000.00** |
    | Prior to the filing of this statement I have received | $ | **90,000.00** |
    | Balance Due | $ | **0.00** |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services

**Matters which are outside of LNBYB's specialization**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 10, 2015** | **/s/ David L. Neale** |
| *Date* | **David L. Neale 141225** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Yoo & Brill LLP** |
| | *Name of Law Firm* |
| | **10250 Constellation Blvd.** |
| | **Suite 1700** |
| | **Los Angeles, CA 90067** |
| | **(310) 229-1234** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David L. Neale**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **141225** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor(s):*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Malibu Associates, LLC, a California limited liability company**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___5___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **March 10, 2015**  _____     /s/ Thomas Hix  _____
                                                         Debtor's signature

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Malibu Associates, LLC, a California limited liability company
2400 Wyandotte Street, Suite B-102
Mountain View, CA 94043


David L. Neale
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


Aa87, LLC
Attn: Managers
300 West Spring Street, Suite 1901
Columbus, OH 43215


Abundant Life Christian Fellowship
2581 Leghorn Street
Mountain View, CA 94043


Ballard Rosenberg Golper
& Savitt LLP
500 North Brand Blvd., 20th Floor
Glendale, CA 91203


Blakeley & Blakeley LLP
2 Park Plaza
Suite 400
Irvine, CA 92614


Bob Burke & Company
1100 S. Flower Street
Suite 3300
Los Angeles, CA 90015

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280


EPD Consultants
20722 Main Street
Carson, CA 90745


Evicom Corporation
4165 E. Thousand Oaks Blvd.
Suite 290
Thousand Oaks, CA 91362


FISREF Investment Support Services
FBO David B. Agus, MD
8631 West Third St., Suite 215E
Los Angeles, CA 90048


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812


Glass Ratner
3424 Peachtree Road NE
Suite 2150
Atlanta, GA 30326


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Joshua D. Wayser & Lorie Lazarus
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

Los Angeles County Board of
Supervisors by UNITE HERE Local 11
464 S. Lucas Ave., Suite 201
Los Angeles, CA 90017


Los Angeles County Treasurer and
Tax Collector
P.O. Box 54110
Los Angeles, CA 90054


Mark A. Massara, Attorney at Law
1642 Great Highway
San Francisco, CA 94122


Mark D. Kvamme
205 Spokane Ave.
Whitefish, MT 59937


MPK Development LLC
Attn: Mark D. Kvamme
205 Spokane Ave.
Whitefish, MT 59937


MPK Development, LLC
Attn: Mark D. Kvamme
205 Spokane Ave.
Whitefish, MT 59937


Pacific Capital Holdings, Inc.
Attn: Alexis Klein
2295 Francisco Street, #2
San Francisco, CA 94123


Pacific Capital Investments, LP
Attn: Alexis Klein
2295 Francisco Street, #2
San Francisco, CA 94123

PMC Project Management
12976 Camino Del Canto
Del Mar, CA 92014


RCE Consultants, Inc.
23332 Mill Creek
Suite 205
Laguna Hills, CA 92653


Richard S. Fuld, Jr.
c/o Matrix Advisors, LLC
780 Third Avenue, 28th Floor
New York, NY 10017


RSF, Jr., LLC
c/o Matrix Advisors, LLC
780 Third Ave., 28th Fl.
New York, NY 10017


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


T&J Investment Partners, LLC
Attn: Thomas C. Hix
2400 Wyandotte Street, Suite B-102
Mountain View, CA 94043


The Leone-Perkins Trust udt 8/26/99
c/o Sequpia Capital 3000 Sand Hill
Road Bldg 4, Ste. 180
Menlo Park, CA 94027


The Thomas C. Hix Company No 3 Inc.
Attn: Thomas C. Hix
2400 Wyandotte Street, Suite B-102
Mountain View, CA 94043

The Thomas C. Hix Company No. 3 Inc
Attn: Thomas C. Hix
2400 Wyandotte Street, Suite B-102
Mountain View, CA 94043


Third Millennium Trust
c/o Sequoia Capital, 3000 Sand Hill
Road Bldg 4, Suite 180
Menlo Park, CA 94027


Thomas C. Hix
2400 Wyandotte Street
Ste. B-101
Mountain View, CA 94043


U.S. Bank, National Association
Attn: Real Estate Group
1515 Westcliff Drive, 2nd Floor
Newport Beach, CA 92660

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**David L. Neale**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
California State Bar Number: **141225**

FOR COURT USE ONLY

☒ *Attorney for: Malibu Associates, LLC*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Malibu Associates, LLC, a California limited liability company**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **11**

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Thomas C. Hix** , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

     ☒ I am the president or other officer or an authorized agent of the Debtor corporation

     ☐ I am a party to an adversary proceeding

     ☐ I am a party to a contested matter

     ☐ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

       See Addendum

 b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

---

March 10, 2015

Date

By:  /s/ Thomas C. Hix

Signature of Debtor, or attorney for Debtor

Name:  **Thomas C. Hix**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

MPK Development LLC
Attn: Mark D. Kvamme
205 Spokane Ave.
Whitefish, MT 59937

The Thomas C. Hix Company No 3 Inc.
Attn: Thomas C. Hix
2400 Wyandotte Street, Suite B-102
Mountain View, CA 94043

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **David L. Neale**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>CA State Bar Number: **141225** | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>**Malibu Associates, LLC, a California limited liability company**<br><br><div align="right">Debtor.</div> | CHAPTER 11<br><br>CASE NUMBER<br><br><div align="center">(No Hearing Required)</div> |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
## *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*: 2400 Wyandotte Street, Suite B-102, Mountain View, California 94043

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return: 2400 Wyandotte Street, Suite B-102, Mountain View, California 94043

3.    Disclose the current business address(es) for all corporate officers: 2400 Wyandotte Street, Suite B-102, Mountain View, California 94043

4.    Disclose the current business address(es) where the Debtor's books and records are located: 2400 Wyandotte Street, Suite B-102, Mountain View, California 94043

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet: 901 Encinal Canyon Road, Malibu, California 90265

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: 2400 Wyandotte Street, Suite B-102, Mountain View, California 94043

8.    Total number of attached pages of supporting documentation: 0

---

*Rev. 12/99*    This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Case 9:15-bk-10477-DS    Doc 1    Filed 03/10/15    Entered 03/10/15 16:43:32    Desc
Main Document      Page 51 of 51
Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2

**VEN-C**

| In re | | CHAPTER 11 |
|---|---|---|
| **Malibu Associates, LLC, a California limited liability company** | | |
| | Debtor. | CASE NUMBER |

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 10, 2015, at Los Angeles, California.

**Thomas C. Hix**                                                    /s/ Thomas Hix

*Type Name of Officer*                                        *Signature of Declarant*

**Managing Member of Debtor**

*Position or Title of Officer*

*Rev. 12/99*   This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**