DAVID L. NEALE (SBN 141225)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dln@lnbyb.com, lls@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:15-bk-10477-DS |
| | Chapter 11 |
| MALIBU ASSOCIATES, LLC, | **PROOF OF SERVICE OF ORDER SCHEDULING CHAPTER 11 STATUS CONFERENCE** |
| Debtor and Debtor in Possession. | Scheduling Conference:<br>DATE:     May 4, 2015<br>TIME:     10:30 a.m.<br>PLACE:   Courtroom "202"<br>            1415 State Street<br>            Santa Barbara, CA 93101 |

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing documents described as ORDER SCHEDULING CHAPTER 11 STATUS CONFERENCE will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 12, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A

**2.  SERVED BY UNITED STATES MAIL**:
On March 12, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chambers Copy (of Proof of Service)
Hon. Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
1415 State Street, Courtroom 202
Santa Barbara, CA 93101-2511

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 12, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 12, 2015 | John Berwick | /s/ John Berwick |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                   **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-9
Case 9:15-bk-10477-DS
Central District Of California
Santa Barbara
Thu Mar 12 10:31:03 PDT 2015

Malibu Associates, LLC, a California Limited
2400 Wyandotte St Ste B-102
Mountain View, CA 94043-2373

Northern Division
1415 State Street,
Santa Barbara, CA 93101-2511

Aa87, LLC
Attn: Managers
300 West Spring Street, Suite 1901
Columbus, OH 43215-7662

Abundant Life Christian Fellowship
2581 Leghorn Street
Mountain View, CA 94043-1613

Ballard Rosenberg Golper
& Savitt LLP
500 North Brand Blvd., 20th Floor
Glendale, CA 91203-3304

Blakeley & Blakeley LLP
2 Park Plaza
Suite 400
Irvine, CA 92614-8514

Bob Burke & Company
1100 S. Flower Street
Suite 3300
Los Angeles, CA 90015-2289

David L. Neale
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

EPD Consultants
20722 Main Street
Carson, CA 90745-1117

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Evicom Corporation
4165 E. Thousand Oaks Blvd.
Suite 290
Thousand Oaks, CA 91362-3815

FISREF Investment Support Services
FBO David B. Agus, MD
8631 West Third St., Suite 215E
Los Angeles, CA 90048-5943

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Glass Ratner
3424 Peachtree Road NE
Suite 2150
Atlanta, GA 30326-2869

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Joshua D. Wayser & Lorie Lazarus
Katten Muchin Rosenman LLP
2029 Century Park  East, Suite 2600
Los Angeles, CA 90067-3012

Los Angeles County Board of
Supervisors by UNITE HERE Local 11
464 S. Lucas Ave., Suite 201
Los Angeles, CA 90017-2074

Los Angeles County Treasurer and
Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

MPK Development LLC
Attn: Mark D. Kvamme
205 Spokane Ave.
Whitefish, MT 59937-2651

Malibu Associates LLC
901 Encinal Road
Malibu, CA  90265

Mark A. Massara, Attorney at Law
1642 Great Highway
San Francisco, CA 94122-2806

Mark D. Kvamme
205 Spokane Ave.
Whitefish, MT 59937-2651

Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

PMC Project Management
12976 Camino Del Canto
Del Mar, CA 92014-3757

Pacific Capital Holdings, Inc.
Attn: Alexis Klein
2295 Francisco Street, #2
San Francisco, CA 94123-1977

Pacific Capital Investments, LP
Attn: Alexis Klein
2295 Francisco Street, #2
San Francisco, CA 94123-1977

RCE Consultants, Inc.
23332 Mill Creek
Suite 205
Laguna Hills, CA 92653-7929

RSF, Jr., LLC
c/o Matrix Advisors, LLC
780 Third Ave., 28th Fl.
New York, NY 10017-2024

Richard S. Fuld, Jr.
c/o Matrix Advisors, LLC
780 Third Avenue, 28th Floor
New York, NY 10017-2024

```
(p)CALIFORNIA STATE BOARD OF EQUALIZATION      Top Investment Partners, LLC         The Leone-Perkins Trust Udt 8/26/99
ACCOUNT REFERENCE GROUP MIC 29                 Attn: Thomas C. Hix                   c/o Sequoia Capital 3000 Sand Hill
P O BOX 942879                                 2400 Wyandotte Street, Suite B-102    Road Bldg 4, Ste. 180
SACRAMENTO CA 94279-0029                       Mountain View, CA 94043-2373          Menlo Park, CA 94025-7113


The Thomas C. Hix Company No 3 Inc.            Third Millennium Trust                Thomas C. Hix
Attn: Thomas C. Hix                            c/o Sequoia Capital, 3000 Sand Hill   2400 Wyandotte Street
2400 Wyandotte Street, Suite B-102             Road Bldg 4, Suite 180                Ste. B-101
Mountain View, CA 94043-2373                   Menlo Park, CA 94025-7113             Mountain View, CA 94043-2373


U.S. Bank, National Association                United States Trustee (ND)            David L. Neale
Attn: Real Estate Group                        915 Wilshire Blvd, Suite 1850         Levene Neale Bender Rankin & Brill LLP
1515 Westcliff Drive, 2nd Floor                Los Angeles, CA 90017-3560            10250 Constellation Blvd Ste 1700
Newport Beach, CA 92660-5520                                                         Los Angeles, CA 90067-6253
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279
```

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                                (u)U.S. Bank National Association, as success   (d)MPK Development, LLC
                                                                                               Attn: Mark D. Kvamme
                                                                                               205 Spokane Ave.
                                                                                               Whitefish, MT 59937-2651


(d)Malibu Associates, LLC                      (d)The Thomas C. Hix Company No. 3 Inc          End of Label Matrix
901 Encinal Road                               Attn: Thomas C. Hix                             Mailable recipients    38
Malibu, CA 90265                               2400 Wyandotte Street, Suite B-102              Bypassed recipients     5
                                               Mountain View, CA 94043-2373                    Total                  43
```