Katten Muchin Rosenman LLP
JOSHUA D. WAYSER (SBN: 152711)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: 310.788.4400
Fax: 310.712.8416
Joshua.wayser@kattenlaw.com

Attorneys for Secured Creditor
U.S. Bank National Association, a national banking association, as successor-in-interest to the Federal Deposit Insurance Corporation, Receiver for California National Bank

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA BARBARA

| | |
|---|---|
| In re | CASE NO. 9:15-bk-10477-DS |
| Malibu Associates, LLC | CHAPTER 11 |
| Debtor. | NOTICE OF CLAIM TO RENTS |

**TO ALL INTERESTED PARTIES**:

Secured creditor U.S. Bank National Association, a national banking association, as successor-in-interest to the Federal Deposit Insurance Corporation, Receiver for California National Bank ("USBNA") hereby gives notice to debtor that USBNA has a perfected absolute assignment of the accounts, cash, rents, issues and profits ("Rents") from the real property commonly known as and located at 901 Encinal Canyon Road, Malibu, California 90265 (the "Property") and that USBNA has taken enforcement action for the Rents within the meaning of Section 2938(c) of the California Civil Code. USBNA recognizes that the Property is currently not generating Rents but provides this notice in the event that it does.

1

Notice of Claim to Rents

1

2   Absent the prior written consent of USBNA and an Order of this Court, the Rents may not be

3   used for any purpose by debtor or by any party holding the Rents in trust for debtor.

4   Dated: March 13, 2015

5                                  KATTEN MUCHIN ROSENMAN LLP

6

7   By: */s/ Joshua D. Wayser*
        JOSHUA D. WAYSER

8           Attorneys for
        Secured Creditor U.S. Bank National Association, a

9           national banking association, as successor-in-interest to
        the Federal Deposit Insurance Corporation, Receiver

10          for California National

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2029 Century Park East, Suite 2600, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF CLAIM TO RENTS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 13, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brian D Fittipaldi** brian.fittipaldi@usdoj.gov
- **David L. Neale** dln@lnbrb.com
- **Lindsey L Smith** lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov
- **Joshua D Wayser** joshua.wayser@kattenlaw.com, jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 13, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Malibu Associates, LLC, a California Limited Liability Company
2400 Wyandotte Street, Suite B-102
Mountain View, CA 94043

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 13, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**
US_102263362v1_340000-00064 3/13/2015 2:13 PM

VIA OVERNIGHT MAIL
Hon. Deborah J. Saltzman
US Bankruptcy Court, Central District of California (Santa Barbara)
1415 State Street
Santa Barbara, CA 93101-2511

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2015 | Kim R.A. Johnson | /s/ Kim R.A. Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE
US_102263362v1_340000-00064 3/13/2015 2:13 PM