DAVID L. NEALE (SBN 141225)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyb.com, lls@lnbyb.com

Attorneys for Chapter 11 Debtor
and Debtor in Possession

**FILED & ENTERED**

**SEP 28 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** zick        **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>MALIBU ASSOCIATES, LLC,<br><br>           Debtor. | Case No. 9:15-bk-10477-DS<br><br>Chapter 11<br><br>**ORDER ESTABLISHING BIDDING PROCEDURES FOR SALE OF DEBTOR'S PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363**<br><br>Hearing:<br>Date:   September 21, 2015<br>Time:   10:30 a.m.<br>Place:   Courtroom "202"<br>            1415 State Street<br>            Santa Barbara, California 93101 |

1

A hearing was held on September 21, 2015 at 10:30 a.m., before the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California, in Courtroom 202 located at 1415 State Street, Santa Barbara, California, to consider the "Motion for Order Establishing Bidding Procedures for Sale of Debtor's Property Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to 11 U.S.C. §§ 105 and 363" (the "Motion," Docket No. 161) filed by Malibu Associates, LLC, (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, for the entry of an order establishing bidding procedures (the "Bidding Procedures") for the sale of the Debtor's real property commonly known as the "Malibu Country Club," consisting of 650.98 acres of land and located at 901 Encinal Canyon Road, Malibu, California 90265 (the "Property"), free and clear of all liens, claims, encumbrances and other interests pursuant to 11 U.S.C. §§ 105 and 363 and Local Bankruptcy Rule 6004-1(b). Appearances at the hearing on the Motion were made as set forth on the record of the court.

This court, having considered the Motion[1], all papers filed by the Debtor in support of the Motion, the arguments and statements of counsel made at the hearing on the Motion, and the evidence presented at the hearing on the Motion, no opposition to the Motion having been filed, adequate and appropriate notice of the Motion having been provided, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

A.   The Motion is granted.

B.   The Bidding Procedures as set forth in the Motion are approved.

C.   The Debtor is authorized to conduct an auction of the Property pursuant to 11 U.S.C. § 363 (the "Auction") in accordance with the Bidding Procedures and the other terms and conditions set forth in the Motion.  If there are one or more Qualifying Bids, an Auction will be held on November 9, 2015 commencing at 10:30 a.m. in the above-captioned court.

---

[1] Any terms not specifically defined herein shall have the meanings ascribed to them in the Motion.

D.   Only Qualified Bidders who meet the criteria set forth in the Motion shall be eligible to participate in the Auction. Only those bids that are received from Qualified Bidders and that constitute Qualifying Bids shall be considered at the Auction.

E.   The court shall hold a hearing to consider the approval of the sale of the Property on November 9, 2015 at 10:30 a.m. in the above-captioned court.

### 

Date: September 28, 2015

Deborah J. Saltzman
United States Bankruptcy Judge

3