DAVID L. NEALE (SBN 141225)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:    (310) 229-1234
Facsimile:    (310) 229-1244
Email:        dln@lnbyb.com; lls@lnbyb.com

Attorneys for Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

**OCT 22 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:15-bk-10477-DS |
| MALIBU ASSOCIATES, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **AMENDED ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTOR AND U.S. BANK, NATIONAL ASSOCIATION TO: (1) CONTINUE HEARINGS ON MOTION FOR RELIEF FROM STAY, MOTION TO CONVERT AND DISCLOSURE STATEMENT; AND (2) EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO EXTEND EXCLUSIVITY PERIOD FOR OBTAINING ACCEPTANCES OF PLAN** |
| | Old Hearing: |
| | Date:    October 22, 2015 |
| | Time:    10:30 am |
| | Place:    Courtroom 202 |
| | 1415 State Street |
| | Santa Barbara, California |

FOR GOOD CAUSE SHOWN, the "Stipulation By Malibu Associates, LLC, a California limited liability company and U.S. Bank, National Association to: (1) Continue Hearings on Motion for Relief From Stay, Motion to Convert and Disclosure Statement; and (2) Extend Deadline to File Opposition to Motion to Extend Exclusivity Period for Obtaining Acceptances of Plan" (the "Stipulation," Docket No. 177) entered into by and between Malibu Associates, LLC, the debtor and debtor in possession herein (the "Debtor"), on the one hand, and U.S. Bank, National Association (the "Bank"), on the other hand, is HEREBY APPROVED and:

1.  The hearings on the "Disclosure Statement Describing Debtor's Plan of Reorganization (Dated June 8, 2015)" (Docket No. 102), "Motion for Relief from the Automatic Stay" (Docket No. 110), and the "Motion and Motion of U.S. Bank to Convert Case From Chapter 11 to Chapter 7" (Docket No. 111), are continued to November 12, 2015 at 3:00 p.m. in Courtroom 202 located at 1415 State Street, Santa Barbara, California.

2.  The deadline for the Bank to file an opposition to the "Motion to Extend Exclusivity Period for Obtaining Acceptances of Plan" (Docket No. 128) is extended to and including November 16, 2015.

3.  Notwithstanding the provisions of 11 U.S.C. § 362(e)(1), the automatic stay shall remain in effect through at least the conclusion of the hearing on November 12, 2015, or as otherwise ordered by the Court.

**IT IS SO ORDERED.**

# # #

Date: October 22, 2015

_____
Deborah J. Saltzman
United States Bankruptcy Judge

2