DAVID L. NEALE (SBN 141225)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyb.com, lls@lnbyb.com

Attorneys for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>MALIBU ASSOCIATES, LLC,<br><br>          Debtor. | Case No. 9:15-bk-10477-DS<br><br>Chapter 11<br><br>**NOTICE OF AMENDED BIDDING PROCEDURES FOR SALE OF DEBTOR'S PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363** |

**PLEASE TAKE NOTICE** that Malibu Associates, LLC, the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"), has proposed amended bidding procedures (the "Amended Bidding Procedures") for the sale of the Debtor's real property commonly known as the "Malibu Country Club", consisting of 650.98 acres of land and located at 901 Encinal Canyon Road, Malibu, California 90265 (the "Property"), free and clear of all liens, claims, encumbrances and other interests pursuant to 11 U.S.C. §§ 105 and 363 and Local Bankruptcy Rule 6004-1(b).

1

The proposed Amended Bidding Procedures for the sale of the Property are as follows:

1.  <u>Qualified Bidder</u>.  In order to participate in the bidding process, each person (a "<u>Potential Bidder</u>"), must deliver to the Debtor the following:

- An executed confidentiality agreement in form and substance satisfactory to the Debtor.

- Current audited financial statements of the Potential Bidder, or, if the Potential Bidder is an entity formed for the purpose of acquiring the Property, current audited financial statements of the equity holders of the Potential Bidder who shall guarantee the obligations of the Potential Bidder, or such other form of financial disclosure and credit-quality support or enhancement acceptable to the Debtor.

A Potential Bidder that delivers the documents described above and whose financial information and credit-quality support or enhancement demonstrate the financial capability of the Potential Bidder to consummate the sale if selected as a successful bidder, and that the Debtor determines in its sole discretion is likely (based on availability of financing, experience and other considerations) to be able to consummate the sale within the time frame set forth below, shall be deemed a "<u>Qualified Bidder</u>."  As promptly as practicable, after a Potential Bidder delivers all of the materials required above, the Debtor shall determine, and shall notify the Potential Bidder, if such Potential Bidder is a Qualified Bidder.  At the same time that Debtor notifies the Potential Bidder that it is a Qualified Bidder, the Debtor shall allow the Qualified Bidder to begin to conduct due diligence with respect to the Property.

2.  <u>Due Diligence</u>. Upon being determined a Qualified Bidder, the Debtor shall afford each Qualified Bidder due diligence access to the Property.  Any additional due diligence shall not continue after the Bid Deadline (defined below).

3.  <u>Bid Requirements</u>. All bids must include the following documents (the "<u>Required Bid Documents</u>"):

2

● An executed copy of the Debtor's form Purchase and Sale Agreement (the "Form APA"), together with all schedules marked (a "Marked Agreement") to show those amendments and modifications to such agreement that the Qualified Bidder proposes.

● A good faith deposit (the "Good Faith Deposit") in the form of a certified bank check from a U.S. bank or by wire transfer (or other form acceptable to Debtor in its sole discretion) payable to the order of Debtor (or such other party as Debtor may determine) in an amount equal to Two Million Dollars ($2,000,000.00), so as to be received not later than 9:00 A.M. (PDT), on November 6, 2015 (the "Good Faith Deposit Deadline").

● Written evidence of a commitment for financing or other evidence of ability to consummate the proposed transaction satisfactory to the Debtor.

4. Qualified Bids. A bid will be considered only if the bid:

● Is on terms and conditions that are substantially similar to, and are not materially more burdensome or conditional to the Debtor than, those contained in the Debtor's Form APA.

● Is not conditioned on obtaining financing or on the outcome of unperformed due diligence by the bidder.

● Proposes a transaction that the Debtor determines, in the good faith opinion of its Managing Member, after consultation with its financial advisors, is not materially more burdensome or conditional than the terms of the Form APA and has a value, either individually or, when evaluated in conjunction with any other Qualified Bid, greater than or equal to the sum of $35,000,000 (the "Minimum Bid").

● Is not conditioned upon any bid protections, such as a break-up fee, termination fee, expense reimbursement or similar type of payment.

● An acknowledgement and representation that the bidder: (i) has had an opportunity to conduct any and all due diligence regarding the Property prior to making its offer; (ii) has relied solely upon its own independent review, investigation and/or inspection of any documents and/or the Property in making its bid; and (iii) did not rely

upon any written or oral statements, representations, promises, warranties or guaranties whatsoever, whether express, implied, by operation of law or otherwise, regarding the Property, or the completeness of any information provided in connection therewith or the Auction (defined below), except as expressly stated in the Form APA or the Marked Agreement.

- Includes a commitment to consummate the purchase of the Property on or before December 31, 2015.
- Includes the Good Faith Deposit, which is received by the Good Faith Deposit Deadline.
- Is received by the Bid Deadline (defined below).

A bid received from a Qualified Bidder will constitute a "Qualified Bid" only if it includes all of the Required Bid Documents and meets all of the above requirements. A Qualified Bid will be valued based upon factors such as the net value provided by such bid and the likelihood and timing of consummating such transaction. Each Qualified Bid is referred to as a "Subsequent Bid".

5. Bid Deadline. A Qualified Bidder that desires to make a bid shall deliver via overnight delivery written copies of its bid to: Malibu Associates, LLC, 2400 Wyandotte Street, Suite B-102, Mountain View, California 94043, with copies to Debtor's counsel, Levene, Neale, Bender, Yoo & Brill L.L.P., Attn: David L. Neale, Esq. and Lindsey L. Smith, Esq., 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067, so as to be received not later than 9:00 A.M. (PDT), on November 2, 2015 (the "Bid Deadline").

6. Sale Hearing. The hearing on the sale of the property (the "Sale Hearing") will be held before the Honorable Deborah J. Saltzman on December 3, 2015 at 10:30 a.m. located at Courtroom 202, 1415 State Street, Santa Barbara, California 93101, but may be adjourned or rescheduled without further notice by an announcement of the adjourned date at the Sale Hearing. If the Debtor does not receive more than one Qualified Bid, the Debtor will report the

4

same to the Bankruptcy Court at the Sale Hearing and will proceed with a sale of the Property to the bidder of the one Qualified Bid. If Debtor does receive more than one Qualified Bid, then at the Sale Hearing, the Court shall hold an auction of the Property on the terms and conditions set forth below (the "Auction"). After the Auction is completed, the Debtor shall seek approval of the Successful Bid (defined below), as well as the second highest or best Qualified Bid(s) (the "Alternate Bid(s)" and such bidder(s), the "Alternate Bidder(s)"). The Debtor's presentation to the Bankruptcy Court of the Successful Bid and the Alternate Bid(s) shall not constitute the Debtor's acceptance of either or any such bid(s), which acceptance shall only occur upon approval of such bid(s) by the Bankruptcy Court at the Sale Hearing. Following approval of the sale to the Successful Bidder(s) (defined below) if the Successful Bidder(s) fail(s) to consummate the sale because of: (i) failure of a condition precedent beyond the control of either the Debtor or the Successful Bidder; or (ii) a breach or failure to perform on the part of such Successful Bidder, then the Alternate Bid(s) shall be deemed to be the Successful Bid and the Debtor shall effectuate a sale to the Alternate Bidder without further order of the Bankruptcy Court.

7. Auction, Bidding Increments and Bids Remaining Open. If the Debtor receives at least two (2) Qualified Bids, the Debtor will conduct the Auction of Property upon notice to all Qualified Bidders who have submitted Qualified Bids at the Sale Hearing, in accordance with the following procedures:

- Only the Debtor, any representative of the secured lenders, and the legal and financial advisers to each of the foregoing, and any Qualified Bidder who has timely submitted a Qualified Bid shall be entitled to attend the Auction, and only the Qualified Bidders will be entitled to make any subsequent Qualified Bids at the Auction.

- At least two (2) Business Days prior to the Auction, each Qualified Bidder who has timely submitted a Qualified Bid must inform the Debtor whether it intends to participate in the Auction and at least one (1) Business Day prior to the Auction, the Debtor shall provide copies of the Qualified Bid or combination of Qualified Bids which

5

the Debtor believes is the highest or otherwise best offer to all Qualified Bidders who have informed the Debtor of their intent to participate in the Auction.

- All bidders shall be entitled to be present for all Subsequent Bids with the understanding that the true identity of each bidder shall be fully disclosed to all other bidders and that all material terms of each Subsequent Bid will be fully disclosed to all other bidders throughout the entire Auction.

- The Debtor may employ and announce at the Auction additional procedural rules that are reasonable under the circumstances (e.g., the amount of time allotted to make Subsequent Bids) for conducting the Auction, provided that such rules are not inconsistent with the Amended Bid Procedures, the Bankruptcy Code or any order of the Bankruptcy Court entered in connection therewith.

- Bidding at the Auction shall begin with the highest or otherwise best Qualified Bid or combination of Qualified Bids and continue in minimum increments of at least One Hundred Thousand Dollars ($100,000.00) higher than the previous bid or bids. The Auction shall continue in one or more rounds of bidding and shall conclude after each participating bidder has had the opportunity to submit an additional Subsequent Bid with full knowledge and written confirmation of the then-existing highest bid or bids. For the purpose of evaluating the value of the consideration provided by Subsequent Bids, the Debtor may give effect to any assets and/or equity interests to be retained by any the Debtor.

- At the conclusion of the Auction, the Debtor, in consultation with its financial advisors, shall: (i) review each Qualified Bid on the basis of financial and contractual terms and the factors relevant to the sale process, including those factors affecting the speed and certainty of consummating the sale; and (ii) identify the highest or otherwise best offer(s) for the Property received at the Auction (the "Successful Bid" and the bidder making such bid, the "Successful Bidder").

///

9. <u>Acceptance of Qualified Bids</u>.  The Debtor shall sell the Property for the highest or otherwise best Qualified Bid upon the approval of such Qualified Bid by the Bankruptcy Court after the Sale Hearing.  The Debtor will be deemed to have accepted a bid only when the bid has been approved by the Bankruptcy Court at the Sale Hearing.

10. <u>Return of Good Faith Deposit</u>.  Good Faith Deposits of all Qualified Bidders (except for the Successful Bidder) shall be held in an interest-bearing escrow account and all Qualified Bids shall remain open (notwithstanding Bankruptcy Court approval of a sale pursuant to the terms of one or more Successful Bids by one or more Qualified Bidders), until two (2) Business Days following the closing of the Sale (the "<u>Return Date</u>").  Notwithstanding the foregoing, the Good Faith Deposit, if any, submitted by the Successful Bidder, together with interest thereon, shall be applied against the payment of the purchase price upon closing of the sale to the Successful Bidder.  If the Successful Bidder fails to consummate an approved sale because of a breach or failure to perform on the part of such Successful Bidder, the Debtor will not have any obligation to return the Good Faith Deposit deposited by such Successful Bidder, and such Good Faith Deposit shall irrevocably become property of the Debtor.  On the Return Date, the Debtor shall return the Good Faith Deposits of all other Qualified Bidders, together with the accrued interest thereon.

Dated:  October 22, 2015					MALIBU ASSOCIATES, LLC

							By:	*/s/ Lindsey L. Smith*
								DAVID L. NEALE
								LINDSEY L. SMITH
								LEVENE, NEALE, BENDER, YOO
									& BRILL L.L.P.
								Attorneys for Chapter 11 Debtor and
								Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing documents described as **NOTICE OF AMENDED BIDDING PROCEDURES FOR SALE OF DEBTOR'S PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 22, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Cristina E Bautista on behalf of Creditor U.S. Bank National Association, as successor-in-interest to the Federal Deposit Insurance Corporation
cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com

Cristina E Bautista on behalf of Defendant U.S. Bank National Association, as successor-in-interest to the Federal Deposit Insurance Corporation, as receiver for California National Bank
cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com

Patrick M Costello on behalf of Interested Party Richard S Fuld
pcostello@vectislawgroup.com, clee@vectislawgroup.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Michelle S Grimberg on behalf of Plaintiff Malibu Associates, LLC, a California Limited Liability Company
msg@lnbyb.com, angela@lnbrb.com

Irving M Gross on behalf of Plaintiff Malibu Associates, LLC, a California Limited Liability Company
img@lnbrb.com, angela@lnbrb.com

Jessica Mickelsen Simon on behalf of Creditor U.S. Bank National Association, as successor-in-interest to the Federal Deposit Insurance Corporation
jessica.mickelsensimon@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com

David L. Neale on behalf of Debtor Malibu Associates, LLC, a California limited liability company
dln@lnbyb.com

David L. Neale on behalf of Plaintiff Malibu Associates, LLC, a California Limited Liability Company
dln@lnbyb.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, nick@ronaldrichards.com

Lindsey L Smith on behalf of Debtor Malibu Associates, LLC, a California limited liability company
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Interested Party Courtesy NEF
lls@lnbyb.com, lls@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Joshua D Wayser on behalf of Creditor U.S. Bank National Association, as successor-in-interest to the Federal Deposit Insurance Corporation
joshua.wayser@kattenlaw.com,
jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com

Joshua D Wayser on behalf of Defendant U.S. Bank National Association, as successor-in-interest to the Federal Deposit Insurance Corporation, as receiver for California National Bank
joshua.wayser@kattenlaw.com,
jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com

**2. SERVED BY UNITED STATES MAIL**:
On October 22, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chambers Copy
Hon. Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1334
Los Angeles, CA 90012

☒ Service information continued on attached page re service

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 22, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page re service

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 22, 2015 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          DACA VI LLC                                Malibu Associates, LLC, a California limited
0973-9                                    1565 Hotel Circle S, #310                 2400 Wyandotte St Ste B-102
Case 9:15-bk-10477-DS                     San Diego, CA 92108-3419                  Mountain View, CA 94043-2373
Central District of California
Santa Barbara
Thu Oct 22 15:55:05 PDT 2015

Northern Division                         Aa87, LLC                                 Abundant Life Christian Fellowship
1415 State Street,                        Attn: Managers                            2581 Leghorn Street
Santa Barbara, CA 93101-2511              300 West Spring Street, Suite 1901        Mountain View, CA 94043-1613
                                          Columbus, OH 43215-7662


Ballard Rosenberg Golper                  Blakeley & Blakeley LLP                   Bob Burke & Company
& Savitt LLP                              2 Park Plaza                              1100 S. Flower Street
500 North Brand Blvd., 20th Floor         Suite 400                                 Suite 3300
Glendale, CA 91203-3304                   Irvine, CA 92614-8514                     Los Angeles, CA 90015-2289


Club Car, LLC                             Crankstart Foundation                     Crop Production Services Inc
c/o Wagner, Falconer & Judd, Ltd.         2800 Sand Hill Rd # 101                   305 Rocky Mountain Ave
1700 IDS Center, 80 So. 8th St.           Menlo Park, CA 94025-7055                 Loveland CO  80538
Minneapolis, MN 55402


DACA VI LLC                               David L. Neale                            EPD Consultants
1565 Hotel Circle South Suite 310         Levene, Neale, Bender, Yoo & Brill LLP    20722 Main Street
San Diego CA 92108-3419                   10250 Constellation Blvd., Ste. 1700      Carson, CA 90745-1117
                                          Los Angeles, CA 90067-6253


EZ-GO Division of Textron, lnc.           Employment Development Department         Envicom Corporation
Attn: Director-commercial Fjnance         Bankruptcy Group MIC 92E                  4165 E Thousand Oaks Blvd Ste 290
1451 Marvin Griffin Road                  PO Box 826880                             Westlake Village, CA 91362-3815
Augusta, GA 30906-3852                    Sacramento, CA 94280-0001


Evicom Corporation                        FISREF Investment Support Services        FRANCHISE TAX BOARD
4165 E. Thousand Oaks Blvd.               FBO David B. Agus, MD                     BANKRUPTCY SECTION MS A340
Suite 290                                 8631 West Third St., Suite 215E           PO BOX 2952
Thousand Oaks, CA 91362-3815              Los Angeles, CA 90048-5943                SACRAMENTO CA 95812-2952


Franchise Tax Board                       G.E. Capital                              Glass Ratner
Bankruptcy Section, MS: A-340             PO Box 31001-0273                         3424 Peachtree Road NE
P.O. Box 2952                             Pasadena, CA 91 l 10                      Suite 2150
Sacramento, CA 95812-2952                                                           Atlanta, GA 30326-2869


Imperial Headwear, lnc.                   Internal Revenue Service                  Joshua D. Wayser & Lorie Lazarus
PO Box 88276                              PO Box 7346                               Katten Muchin Rosenman LLP
Chicago, IL 60680-1276                    Philadelphia, PA 19101-7346               2029 Century Park  East, Suite 2600
                                                                                    Los Angeles, CA 90067-3012


Los Angeles County Board of               Los Angeles County Treasurer and          MPK Development LLC
Supervisors by UNITE HERE Local 11        Tax Collector                             Attn: Mark D. Kvamme
464 S. Lucas Ave., Suite 201              P.O. Box 54110                            205 Spokane Ave.
Los Angeles, CA 90017-2074                Los Angeles, CA 90054-0110                Whitefish, MT 59937-2651
```

```
Malibu Associates LLC              Mark A. Massara, Attorney at Law      Mark D. Kvamme
901 Encinal Road                   1642 Great Highway                    205 Spokane Ave.
Malibu, CA 90265                   San Francisco, CA 94122-2806          Whitefish, MT 59937-2651


Office of the U.S. Trustee         PMC Project Management                Pacific Capital Holdings, Inc.
915 Wilshire Blvd., Suite 1850     12976 Camino Del Canto                Attn: Alexis Klein
Los Angeles, CA 90017-3560         Del Mar, CA 92014-3757                2295 Francisco Street, #2
                                                                         San Francisco, CA 94123-1977


Pacific Capital Investments, LP    RCE Consultants, Inc.                 RSF, Jr., LLC
Attn: Alexis Klein                 23332 Mill Creek                      c/o Matrix Advisors, LLC
2295 Francisco Street, #2          Suite 205                             780 Third Ave., 28th Fl.
San Francisco, CA 94123-1977       Laguna Hills, CA 92653-7929           New York, NY 10017-2024


Richard S. Fuld, Jr.               Richard S. Fuld, Jr.                  Southern California Edison
c/o Matrix Advisors, LLC           c/o Vectis Law Group                  PO Box 300
780 Third Avenue, 28th Floor       Attn: Patrick M. Costello             Rosemead, CA 91770-0300
New York, NY 10017-2024            274 Redwood Shores Pkwy #615
                                   Redwood City, CA 94065-1173


Southern California Edison Company (p)CALIFORNIA STATE BOARD OF EQUALIZATION  T&J Investment Partners, LLC
Attn: Credit and Payment Services  ACCOUNT REFERENCE GROUP MIC 29        Attn: Thomas C. Hix
1551 W. San Bernardino Rd.         P O BOX 942879                        2400 Wyandotte Street, Suite B-102
Covina, CA 91722-3407              SACRAMENTO CA 94279-0029              Mountain View, CA 94043-2373


The Leone-Perkins Trust udt 8/26/99  The Thomas C. Hix Company No 3 Inc.  Third Millennium Trust
c/o Sequpia Capital 3000 Sand Hill   Attn: Thomas C. Hix                  c/o Sequoia Capital, 3000 Sand Hill
Road Bldg 4, Ste. 180                2400 Wyandotte Street, Suite B-102   Road Bldg 4, Suite 180
Menlo Park, CA 94025-7113            Mountain View, CA 94043-2373         Menlo Park, CA 94025-7113


Thomas C. Hix                      Trtzman & Elliot LLP                  Truman & Elliott LLP
2400 Wyandotte Street              626 Wilshire Boulevard                626 Wilshire Blvd, Ste 550
Ste. B-101                         Suite 550                             Los Angeles, CA 90017-2930
Mountain View, CA 94043-2373       Los Angeles, CA 90017-2930


U.S. Bank N.A.                     U.S. Bank, National Association       United States Trustee (ND)
c/o Joshua D. Wayser               Attn: Real Estate Group               915 Wilshire Blvd, Suite 1850
Katten Muchin Rosenman LLP         1515 Westcliff Drive, 2nd Floor       Los Angeles, CA 90017-3560
2029 Century Park East, Suite 2600 Newport Beach, CA 92660-5520
Los Angeles, CA  90067-3012


Lindsey L Smith
Levene, Neale, Bender, Rankin & Bri
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF                      (u)U.S. Bank National Association, as success      (d)DACA VI, LLC
                                                                                         1565 Hotel Circle South, Suite 310
                                                                                         San Diego, CA 92108-3419


(d)MPK Development, LLC              (d)Malibu Associates, LLC                          (d)The Thomas C. Hix Company No. 3 Inc
Attn: Mark D. Kvamme                 901 Encinal Road                                   Attn: Thomas C. Hix
205 Spokane Ave.                     Malibu, CA 90265                                   2400 Wyandotte Street, Suite B-102
Whitefish, MT 59937-2651                                                                 Mountain View, CA 94043-2373


(d)David L. Neale                    (u)Richard S Fuld                                  End of Label Matrix
Levene Neale Bender Yoo & Brill LLP                                                     Mailable recipients    54
10250 Constellation Blvd Ste 1700                                                       Bypassed recipients     8
Los Angeles, CA 90067-6253                                                              Total                  62