|  | FOR COURT USE ONLY |
|---|---|
|  | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| Name of Debtor(s) listed on the bankruptcy case:<br><br>MALIBU ASSOCIATES, LLC | CASE NO.: 9:15-bk-10477-DS<br>CHAPTER: 11 |
|---|---|
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):   Malibu Associates, LLC, a California limited liability company

   Mailing Address:   2400 Wyandotte Street, Suite B-102

   City, State, Zip Code:   Mountain View, California 94043

3. **New Address:**

   Mailing Address:   650 B Fremont Avenue, # 311

   City, State, Zip Code:   Los Altos, California 94024-4812

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 11/02/2015

Thomas Hix
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

President of Managing Member of Debtor
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015

F 1002-1.3.CHANGE.ADDRESS