| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Joshua D. Wayser (CA 152711)<br>joshua.wayser@kattenlaw.com<br>Christina E. Bautista (CA 299921)<br>cristina.bautista@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA  90067-3012<br>Telephone: 310.788-4400<br>Facsimile: 310.788.4471<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* U.S. Bank National Association, as successor-in-interest to the Federal Deposit Insurance Corporation, as receiver for California National Bank | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

</div>

| In re:<br><br>MALIBU ASSOCIATES, LLC, a California limited liability company,<br><br><div align="right">Debtor(s)</div> | CASE NO.: 9:15-bk-10477-DS |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** |

PLEASE TAKE NOTE that the order titled Order Granting  Motion for Relief From Stay Under 11 U.S.C. § 362 (Real Property), was lodged on December 14, 2015 and is attached.  This order relates to the motion which is docket number 110 (U.S. Bank National Association's Motion for Relief From the Automatic Stay Under 11 U.S.C.§ 362).

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 1                                        **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOSHUA D. WAYSER (SBN 152711)<br>joshua.wayser@kattenlaw.com<br>CRISTINA E. BAUTISTA (SBN 299921)<br>cristina.bautista@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Ph: 310-788-4400<br>Fax: 310-788-4471<br><br>☒ *Attorney for Movant* U.S. Bank National Association<br>☐ *Movant appearing without an attorney* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

</div>

| In re:<br><br>Malibu Associates, LLC, a California limited liability company | CASE NO.: 9:15-bk-10477-DS |
|---|---|
| | CHAPTER: 11 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** |
| | DATE: December 10, 2015<br>TIME: 2:00 p.m.<br>COURTROOM: 202<br>PLACE: 1415 State Street<br>          Santa Barbara, CA 93101-2511 |
| Debtor(s). | |

**Movant:** U.S. Bank National Association

1. The Motion was:   ☐ Opposed   ☐ Unopposed   ☒ Settled by stipulation

2. The Motion affects the following real property (Property):

   *Street address*:        901 Encinal Canyon Rd.
   *Unit/suite number*:     _____
   *City, state, zip code*: Malibu, CA 90265

   Legal description or document recording number (including county of recording):
   See Attachment 1.

   ☒ See attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                         Page 1                         **F 4001-1.RFS.RP.ORDER**

3. The Motion is granted under:

    a. ☒ 11 U.S.C. § 362(d)(1)

    b. ☒ 11 U.S.C. § 362(d)(2)

    c. ☒ 11 U.S.C. § 362(d)(3)

    d. ☐ 11 U.S.C. § 362(d)(4). The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:

        (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or

        (2) ☐ Multiple bankruptcy cases affecting the Property.

        (3) ☐ The court ☐ makes ☐ does not make ☐ cannot make
a finding that the Debtor was involved in this scheme.

        (4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b. ☐ Modified or conditioned as set forth in Exhibit _____ to this order.

    c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not conduct a foreclosure sale of the Property before (*date*) _____.

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Agreement contained within this order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order. The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

9. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, as to the same terms and conditions as to the Debtor.

10. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.

11. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

12. Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                        Page 2                                        **F 4001-1.RFS.RP.ORDER**

13. Upon entry of this order, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

14. ☐ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion

    (a) ☐ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

15. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

16. ☐ This order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:

    (a) ☐ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

17. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be

    (a) ☐ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

18. ☐ Other (*specify*):

<div align="center">###</div>

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 3                                    **F 4001-1.RFS.RP.ORDER**

## LEGAL DESCRIPTION

The land referred to herein is situated in the State of California, County of Los Angeles, and described as follows:

PARCEL 1: (APN: 2058-015-003)

THAT PORTION OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHERLY AND EASTERLY OF THE CENTER LINE OF DECKER ROAD, AS DESCRIBED IN THE DEED RECORDED IN BOOK 2544 PAGE 277, OFFICIAL RECORDS OF SAID LOS ANGELES COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT WHICH IS THE MOST SOUTHEASTERLY CORNER OF THE LANDS CONVEYED TO MABLE STRASZACKER, A MARRIED WOMAN, TO RALPH M. SWITZKY, A SINGLE MAN, BY DEED RECORDED IN BOOK 15134 PAGE 285, OFFICIAL RECORDS OF LOS ANGELES COUNTY; THENCE EASTERLY ALONG THE SOUTHERLY LINE OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, 200 FEET TO A POINT; THENCE NORTHERLY ALONG A LINE PARALLEL TO THE EASTERLY LINE OF SAID NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 19 WEST, S.B.B.& M., TO A POINT IN THE CENTER LINE OF DECKER ROAD, (AS DESCRIBED IN THE DEED RECORDED IN BOOK 2544 PAGE 277, OFFICIAL RECORDS OF LOS ANGELES COUNTY); THENCE WESTERLY ALONG THE CENTER LINE OF DECKER ROAD TO THE MOST NORTHEASTERLY CORNER OF SAID LANDS DESCRIBED IN SAID DEED RECORDED IN BOOK 15134 PAGE 285 OF SAID OFFICIAL RECORDS; THENCE SOUTHERLY ALONG THE EASTERLY LINE OF THE PROPERTIES CONVEYED BY SAID DEED, RECORDED IN BOOK 15134 PAGE 285, OFFICIAL RECORDS OF LOS ANGELES COUNTY, TO THE POINT OF BEGINNING.

PARCEL 2: (APN: 2058-015-044)

THAT PORTION OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHERLY AND EASTERLY OF THE CENTER LINE OF DECKER COUNTY ROAD, AS DESCRIBED IN DEED RECORDED IN BOOK 2544 PAGE 277, OFFICIAL RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM A PORTION SECTION 3, TOWNSHIP 1 SOUTH RANGE 19 WEST IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, COMMENCING AT THE SOUTH ONE QUARTER (1/4) SECTION CORNER OF SAID SECTION 3, THENCE ALONG THE SOUTH LINE OF SAID SECTION 3, SOUTH 89° 25' 34" EAST 207.80 FEET TO A POINT HEREINAFTER REFERRED TO AS POINT A; THENCE NORTH 27° 39' 39" EAST 302.67 FEET, MORE OR LESS, TO THE NORTH RIGHT OF WAY LINE OF MULHOLLAND HIGHWAY, 100.00 FEET WIDE, AS SHOWN ON COUNTY SURVEYORS MAP CS 8824 SHEET 9, AND THE POINT OF BEGINNING; THENCE,

1. NORTH 27° 39' 39" EAST 93.01 FEET, MORE OR LESS, TO A POINT THAT BEARS NORTH 27° 39' 39" EAST 395.68 FEET FROM BEFORE MENTIONED POINT A; THENCE

2. NORTH 22° 28' 25" WEST 187.64 FEET; THENCE,

3. NORTH 87° 48' 05" WEST 135.60 FEET MORE OR LESS TO THE EASTERLY RIGHT OF WAY LINE OF WESTLAKE BOULEVARD, FORMERLY DECKER ROAD, 40.00 FEET WIDE A SHOWN ON COUNTY SURVEYORS MAP CS 8093; THENCE, ALONG SAID RIGHT OF WAY THE FOLLOWING THREE

COURSES,

4. SOUTH 01° 53' 38" WEST 111.14 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE TO THE WEST, HAVING A RADIUS OF 220.00 FEET; THENCE SOUTHERLY AND SOUTHWESTERLY ALONG SAID CURVE

5. 123.94 FEET THROUGH A CENTRAL ANGLE OF 32° 16' 40"; THENCE

6. SOUTH 34° 10' 18" WEST 2.05 FEET, MORE OR LESS, TO SAID NORTH RIGHT OF WAY MULHOLLAND HIGHWAY, BEING A POINT OF CUSP ON A CURVE CONCAVE SOUTH HAVING A RADIUS OF 350.00 FEET, A RADIAL LINE BEARS NORTH 8° 36' 53" WEST, THENCE, EASTERLY AND SOUTHEASTERLY ALONG SAID NORTH RIGHT OF WAY

7. 212.43 FEET THROUGH A CENTRAL ANGLE OF 34° 46' 28" TO THE POINT OF BEGINNING. PARCEL 3:

(PORTION OF APN: 2058-015-037)


THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THE EASTERLY 998.71 FEET (MEASURED ALONG THE SOUTHERLY LINE) OF SAID LAND.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING NORTHERLY OF THE SOUTHERLY LINE OF THE 100 FOOT STRIP OF LAND, DESCRIBED IN DEED TO THE COUNTY OF LOS ANGELES, (FOR PUBLIC ROAD AND HIGHWAY PURPOSES), RECORDED IN BOOK 11862 PAGE 146, OFFICIAL RECORDS.

PARCEL 4: (PORTION OF APN: 2058-015-037)

THE WESTERLY 333.15 FEET OF THE EASTERLY 998.71 FEET (MEASURED ALONG THE SOUTHERLY LINE) OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF LYING SOUTHERLY OF A STRIP OF LAND 100.00 FEET WIDE, THE CENTER LINE OF WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT THE WESTERLY TERMINUS OF THAT CERTAIN COURSE HAVING A BEARING AND LENGTH OF NORTH 84° 27' 05" EAST 561.42 FEET IN THE CENTER LINE OF MULHOLLAND HIGHWAY, AS DESCRIBED IN DEED RECORDED IN BOOK 10710 PAGE 291, OFFICIAL RECORDS, OF THE COUNTY OF LOS ANGELES, THENCE SOUTH 84° 27' 05" WEST 244.12 FEET TO THE BEGINNING OF A CURVE CONCAVE TO THE NORTH, AND HAVING A RADIUS OF 2000 FEET; THENCE WESTERLY ALONG SAID CURVE, 642.52 FEET; THENCE NORTH 77° 08' 30" WEST 185.62 FEET TO THE BEGINNING OF A CURVE CONCAVE TO THE SOUTH AND HAVING A RADIUS OF 900 FEET; THENCE WESTERLY ALONG SAID LAST MENTIONED CURVE, 921.53 FEET; THENCE SOUTH 44° 11' 30" WEST 101.76 FEET.


ALL CURVES ARE TANGENT TO THE STRAIGHT LINES WHICH THEY JOIN, TO BE KNOWN AS MULHOLLAND HIGHWAY, REFERENCE IS MADE TO COUNTY SURVEYOR'S MAP NO. 8824, ON FILE IN THE OFFICE OF THE SURVEYOR OF THE COUNTY OF LOS ANGELES.

PARCEL 5: (PORTION OF APN: 2058-015-037)

THE EASTERLY 332.64 FEET (MEASURED ALONG THE SOUTHERLY LINE) OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHERLY OF A STRIP OF LAND 100.00 FEET WIDE, THE CENTER LINE OF WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT THE WESTERLY TERMINUS OF THAT CERTAIN COURSE HAVING A BEARING AND LENGTH OF NORTH 84° 27' 05" EAST 561.42 FEET IN THE CENTER LINE OF MULHOLLAND HIGHWAY, AS DESCRIBED IN DEED RECORDED IN BOOK 1071 PAGE 291, OFFICIAL RECORDS OF THE COUNTY OF LOS ANGELES; THENCE SOUTH 84° 27' 05" WEST 244.12 FEET TO THE BEGINNING OF A CURVE CONCAVE TO THE NORTH, AND HAVING A RADIUS OF 2000 FEET; THENCE WESTERLY ALONG SAID CURVE, 642.52 FEET; THENCE NORTH 77° 08' 30" WEST 185.62 FEET TO THE BEGINNING OF A CURVE CONCAVE TO THE SOUTH AND HAVING A RADIUS OF 900 FEET; THENCE WESTERLY ALONG SAID LAST MENTIONED CURVE, 921.53 FEET; THENCE SOUTH 44° 11' 30" WEST 101.76 FEET.

ALL CURVES ARE TANGENT TO THE STRAIGHT LINES WHICH THEY JOIN TO BE KNOWN AS MULHOLLAND HIGHWAY. REFERENCE IS MADE TO COUNTY SURVEYOR'S MAP NO. 8824, ON FILE IN THE OFFICE OF THE SURVEYOR OF THE COUNTY OF LOS ANGELES.

PARCEL 6: (PORTION OF APN: 2058-015-037)

THAT PORTION OF THE WESTERLY 332.92 FEET OF THE EASTERLY 665.56 FEET (MEASURED ALONG THE SOUTHERLY LINE) OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHERLY OF THE SOUTHERLY LINE OF MULHOLLAND HIGHWAY, 100.00 FEET WIDE, AS DESCRIBED IN THE DEED TO THE COUNTY OF LOS ANGELES, RECORDED OCTOBER 25, 1932 IN BOOK 11862 PAGE 146, OFFICIAL RECORDS OF SAID COUNTY.

PARCEL 7: (APN: 2058-015-013)

THAT PORTION OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHERLY AND EASTERLY OF THE CENTER LINE OF DECKER COUNTY ROAD, AS DESCRIBED IN DEED RECORDED IN BOOK 2544 PAGE 277, OFFICIAL RECORDS OF SAID COUNTY.

PARCEL 8A: (APN: 4471-001-028 AND 029)

THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THAT PORTION OF SAID LAND IN THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER DESCRIBED IN THE DEED TO BOYD A. DAVIS, RECORDED DECEMBER 29, 1961 IN BOOK D-1463 PAGE 954, OFFICIAL RECORDS, AS INSTRUMENT NO. 1741, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 8B: (APN: 4471-001-005)

THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF.

PARCEL 9: (APN: 4471-001-019)

THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN BASE AND MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING SOUTHERLY OF A STRAIGHT LINE EXTENDING NORTHWESTERLY FROM THE SOUTHEASTERLY CORNER OF THE SOUTH HALF OF SAID NORTHEAST QUARTER OF SAID SECTION 10, TO THE NORTHWESTERLY CORNER OF SAID SOUTH HALF OF THE NORTHEAST QUARTER OF SAID SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, S. B. B.& M, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA.

PARCEL 10A: (APN: 4471-001-0032)

THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING SOUTHERLY OF A STRAIGHT LINE EXTENDING NORTHWESTERLY FROM THE SOUTHEASTERLY CORNER OF THE SOUTH HALF OF SAID NORTHEAST QUARTER OF SAID SECTION 10, TO THE NORTHWESTERLY CORNER OF SAID SOUTH HALF OF THE NORTHEAST QUARTER OF SAID SECTION 10.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING EASTERLY OF A LINE THAT IS PARALLEL WITH THE EASTERLY LINE OF SAID SECTION, AND WHICH PASSES THROUGH A POINT IN THE NORTHERLY LINE OF SAID NORTHEAST QUARTER (DISTANT WESTERLY THEREON) 500.00 FEET FROM SAID EASTERLY LINE.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND, INCLUDED WITHIN THE FOLLOWING DESCRIBED LINES:

BEGINNING AT THE INTERSECTION OF THE WESTERLY LINE OF THE EASTERLY 500.00 FEET, MEASURED ALONG THE NORTHERLY LINE OF THE NORTHEAST QUARTER OF SECTION 10, WITH A STRAIGHT LINE EXTENDING NORTHWESTERLY FROM THE SOUTHEASTERLY CORNER OF THE NORTHEAST QUARTER OF SECTION 10, TO THE NORTHWESTERLY CORNER OF THE SOUTH HALF OF THE NORTHEAST QUARTER OF SECTION 10; THENCE NORTHWESTERLY ALONG SAID STRAIGHT LINE TO ITS INTERSECTION WITH THE WESTERLY LINE OF SAID SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 10; THENCE NORTHERLY ALONG SAID WESTERLY LINE TO A POINT DISTANT SOUTHERLY THEREON 50.00 FEET FROM THE NORTHWESTERLY CORNER OF SAID SOUTHEAST QUARTER OF THE NORTHEAST QUARTER; THENCE SOUTHEASTERLY IN A DIRECT LINE TO A POINT IN SAID WESTERLY LINE OF THE EASTERLY 500.00 FEET OF SAID NORTHEAST QUARTER OF SECTION 10 DISTANT SOUTHERLY THEREON 300.00 FEET FROM ITS INTERSECTION WITH THE NORTHERLY LINE OF SAID SOUTHEAST QUARTER OF THE NORTHEAST QUARTER; THENCE SOUTHERLY ALONG SAID WESTERLY LINE TO THE POINT OF BEGINNING.

PARCEL 10B: (APN 4471-001-033)

THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF. EXCEPT THEREFROM THE EASTERLY 500.00 FEET, MEASURED ALONG THE NORTHERLY LINE OF SAID NORTHEAST QUARTER.

PARCEL 11A: (APN: 4471-001-036)

THE EASTERLY 500.00 FEET, MEASURED ALONG THE NORTHERLY LINE OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND INCLUDED WITHIN THE FOLLOWING DESCRIBED LINES:

BEGINNING AT A POINT IN THE EASTERLY LINE OF THE NORTHEAST ONE-QUARTER OF SAID SECTION 10, SAID POINT BEING SOUTH 01° 31' 53" WEST 314.12 FEET, MEASURED ALONG SAID EASTERLY LINE FROM A COUNTY SURVEYOR'S BRASS CAP MONUMENT SET AT THE NORTHEAST CORNER OF SAID SECTION 10; THENCE SOUTH 01° 31' 53" WEST 2300.71 FEET, MORE OR LESS, MEASURED ALONG SAID EASTERLY LINE TO THE EAST ONE-QUARTER CORNER OF SAID SECTION 10, SAID EAST ONE-QUARTER CORNER BEING A COUNTY SURVEYOR'S BRASS CAP MONUMENT; THENCE NORTH 11° 00' 53" WEST 703.36 FEET, MORE LESS, TO A POINT, SAID LAST MENTIONED POINT BEARS SOUTH 88° 31' 03" WEST 153.00 FEET, FROM A POINT IN THE EASTERLY LINE OF THE NORTHEAST ONE-QUARTER OF SAID SECTION 10. SAID LAST MENTIONED POINT BEING NORTH 01° 31' 53" EAST 694.59 FEET, MEASURED ALONG SAID EASTERLY LINE, FROM A COUNTY SURVEYOR'S BRASS CAP MONUMENT SET AT THE EAST ONE-QUARTER CORNER OF SAID SECTION 10; THENCE NORTH 06° 56' 20" EAST 1621.36 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

PARCEL 11B: (APN: 4471-001-037)

THE EASTERLY 500.00 FEET, MEASURED ALONG THE NORTHERLY LINE OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING SOUTHERLY OF A STRAIGHT LINE EXTENDING NORTHWESTERLY FROM THE SOUTHEASTERLY CORNER OF THE SOUTH HALF OF SAID NORTHEAST QUARTER OF SECTION 10, TO THE NORTHWESTERLY CORNER OF SAID SOUTH HALF, OF THE NORTHEAST QUARTER OF SECTION 10.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND INCLUDED WITHIN THE FOLLOWING DESCRIBED LINES:

BEGINNING AT A POINT IN THE EASTERLY LINE OF THE NORTHEAST ONE-QUARTER OF SAID SECTION 10, SAID POINT BEING SOUTH 01° 31' 53" WEST 314.12 FEET, MEASURED ALONG SAID EASTERLY LINE FROM A COUNTY SURVEYOR'S BRASS CAP MONUMENT SET AT THE NORTHEAST CORNER OF SAID SECTION 10; THENCE SOUTH 01° 31' 53" WEST 2300.71 FEET, MORE OR LESS, MEASURED ALONG SAID EASTERLY LINE TO THE EAST ONE-QUARTER CORNER OF SAID SECTION 10, SAID EAST ONE-QUARTER CORNER BEING A COUNTY SURVEYOR'S BRASS CAP MONUMENT; THENCE NORTH 11° 00' 53" WEST 703.36 FEET, MORE LESS, TO A POINT, SAID LAST MENTIONED POINT BEARS SOUTH 88° 31' 03" WEST 153.00 FEET, FROM A POINT IN THE EASTERLY LINE OF THE NORTHEAST ONE-QUARTER OF SAID SECTION 10. SAID LAST MENTIONED POINT BEING NORTH 01° 31' 53" EAST 694.59 FEET, MEASURED ALONG SAID EASTERLY LINE, FROM A COUNTY SURVEYOR'S BRASS CAP MONUMENT SET AT THE EAST ONE-QUARTER CORNER OF SAID SECTION 10; THENCE NORTH 06° 56' 20" EAST 1621.36 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

PARCEL 12: (APN: 4471-001-038)

THAT PORTION OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS

ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE WESTERLY LINE OF THE EASTERLY 500.00 FEET, MEASURED ALONG THE NORTHERLY LINE OF THE NORTHEAST QUARTER OF SECTION 10, WITH A STRAIGHT LINE EXTENDING NORTHWESTERLY FROM THE SOUTHEASTERLY CORNER OF THE NORTHEAST QUARTER OF SECTION 10, TO THE NORTHWESTERLY CORNER OF THE SOUTH HALF OF THE NORTHEAST QUARTER OF SECTION 10; THENCE NORTHWESTERLY ALONG SAID STRAIGHT LINE TO ITS INTERSECTION WITH THE WESTERLY LINE OF SAID SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 10; THENCE NORTHERLY ALONG SAID WESTERLY LINE TO A POINT DISTANT SOUTHERLY THEREON 50.00 FEET FROM THE NORTHWESTERLY CORNER OF SAID SOUTHEAST QUARTER OF THE NORTHEAST QUARTER; THENCE SOUTHEASTERLY IN A DIRECT LINE TO A POINT IN SAID WESTERLY LINE OF THE EASTERLY 500.00 FEET OF SAID NORTHEAST QUARTER OF SECTION 10, DISTANT SOUTHERLY THEREON 300.00 FEET FROM ITS INTERSECTION WITH THE NORTHERLY LINE OF SAID SOUTHEAST QUARTER OF THE NORTHEAST QUARTER; THENCE SOUTHERLY ALONG SAID WESTERLY LINE TO THE POINT OF BEGINNING.

PARCEL 13A: (APN: 4471-001-034)

THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 10 TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL MAP THEREOF.

EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING NORTHERLY OF A STRAIGHT LINE EXTENDING NORTHWESTERLY FROM THE SOUTHEASTERLY CORNER OF THE SOUTH HALF OF SAID NORTHEAST QUARTER OF SAID SECTION 10, TO THE NORTHWESTERLY CORNER OF SAID COUNTY HALF OF THE NORTHEAST QUARTER OF SAID SECTION 10 TOWNSHIP 1 SOUTH, RANGE 19 WEST S. B. B. & M, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA.

PARCEL 13B: (APN# 4471-001-035)

THAT PORTION OF THE SOUTHEAST QUART ER OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

THAT PORTION OF SAID LAND LYING SOUTHERLY OF A STRAIGHT LINE EXTENDING NORTHWESTERLY FROM THE SOUTHEASTERLY CORNER OF THE SOUTH HALF OF SAID NORTHEAST QUARTER OF SAID SECTION 10, TO THE NORTHWESTERLY CORNER OF SAID SOUTH HALF OF THE NORTHEAST QUARTER OF SAID SECTION 10.

PARCEL 13C: (APN # 4471-002-010)

THE WEST HALF OF THE SOUTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 13D: (APN # 4471-002-011)

THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 14A: (APN: 4471-002-027)

THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING NORTHWESTERLY OF THE SOUTHEASTERLY LINE OF DECKER ROAD, AS DESCRIBED IN THE DEED TO THE COUNTY OF LOS ANGELES, RECORDED AS INSTRUMENT NO. 95 ON APRIL 29, 1918, IN BOOK 6682, PAGE 1 OF DEEDS.

PARCEL 14B: (APN: 4471-002-027)

THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, AND THOSE PORTIONS OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER AND THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 10, ALL IN TOWNSHIP 1 SOUTH RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING NORTHEASTERLY, EASTERLY AND SOUTHEASTERLY OF THE SOUTHEASTERLY LINE OF DECKER CANYON ROAD, AS DESCRIBED IN THE DEED TO THE COUNTY OF LOS ANGELES, RECORDED APRIL 29, 1918 IN BOOK 6682 PAGE 1 OF DEEDS, RECORDS OF SAID COUNTY.

EXCEPT THAT PORTION OF SAID LAND, IF ANY, AS DESCRIBED IN THE DEED TO THE COUNTY OF LOS ANGELES, RECORDED IN BOOK 1962 PAGE 258, OFFICIAL RECORDS OF SAID COUNTY.

ALSO EXCEPT THEREFROM THAT POTION OF SAID LAND LYING WITHIN THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

ALSO EXCEPT THAT PORTION OF SAID LAND, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE CENTER LINE OF DECKER CANYON ROAD, AS DESCRIBED IN THE DEED TO THE COUNTY OF LOS ANGELES, RECORDED MARCH 22, 1923 IN BOOK 1962 PAGE 258, OFFICIAL RECORDS, WITH THE SOUTH LINE OF SECTION 9; THENCE ALONG SAID CENTER LINE AS FOLLOWS: NORTH 81° 58' 30" EAST 133.84 FEET; THENCE NORTH 59° 30' 30" EAST 73.97 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHEASTERLY HAVING A RADIUS OF 100 FEET; THENCE NORTHEASTERLY 51.02 FEET ALONG THE ARC OF THE ABOVE MENTIONED CURVE; THENCE TANGENT TO SAID CURVE, NORTH 88° 44' 30" EAST 21.82 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHWESTERLY HAVING A RADIUS OF 40 FEET; THENCE NORTHEASTERLY 69.67 FEET ALONG THE ARC OF THE ABOVE MENTIONED CURVE; THENCE TANGENT TO SAID CURVE, NORTH 8° 54' 20" EAST 105.99 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE WESTERLY HAVING A RADIUS OF 100.00 FEET; THENCE NORTHERLY 76.26 FEET ALONG THE ARC OF THE ABOVE MENTIONED 100.00 FOOT RADIUS CURVE; THENCE TANGENT TO SAID CURVE, NORTH 34° 47' 20" WEST 4.44 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHEASTERLY HAVING A RADIUS OF 70 FEET; THENCE NORTHERLY 50.43 FEET ALONG THE ARC OF THE ABOVE MENTIONED 70 FOOT RADIUS CURVE; THENCE TANGENT TO SAID CURVE, NORTH 6° 29' 20" EAST 17.26 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE EASTERLY HAVING A RADIUS OF 100 FEET; THENCE NORTHEASTERLY 59.99 FEET ALONG THE ARC OF THE ABOVE MENTIONED 100 FOOT RADIUS CURVE; THENCE TANGENT TO SAID CURVE, NORTH 40° 51' 40" EAST 83.35 FEET; THENCE NORTH 48° 18' 00" EAST 185 FEET; THENCE NORTH 20° 59' 10" EAST 81.84 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHEASTERLY HAVING A RADIUS OF 10 FEET;

THENCE NORTHEASTERLY 84.53 FEET ALONG THE ARC OF THE ABOVE MENTIONED 100 FOOT RADIUS CURVE; THENCE TANGENT TO SAID CURVE, NORTH 69° 25' 10" EAST 194.19 FEET; THENCE SOUTH 85° 43' 30" EAST 153.24 FEET; THENCE NORTH 78° 27' 20" EAST 211.90 FEET; THENCE NORTH 71° 43' 30" EAST 304.16 FEET; THENCE NORTH 87° 45' 30" EAST 432.70 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHWESTERLY HAVING A RADIUS OF 100 FEET; THENCE NORTHEASTERLY 107.03 FEET ALONG THE ARC OF THE ABOVE MENTIONED 100 FOOT RADIUS CURVE; THENCE TANGENT TO SAID CURVE, NORTH 26° 26' EAST 64.69 FEET; THENCE LEAVING SAID ROAD, SOUTH 8° 54'EAST 95.5 FEET; THENCE SOUTH 18° 44' EAST 57.5 FEET; THENCE SOUTH 46° 04' EAST 69.3 FEET; THENCE SOUTH 12° 56' EAST 99.6 FEET; THENCE SOUTH 77° 10' EAST 170.8 FEET; THENCE SOUTH 38° 34' EAST 66.00 FEET; THENCE NORTH 78° 32' EAST 45.6 FEET; THENCE SOUTH 54° 26' EAST 96.3 FEET; THENCE SOUTH 39° 11' 10" EAST 262.37 FEET; THENCE SOUTH 62° 20' EAST 173.7 FEET; THENCE SOUTH 5° 28' EAST 86.8 FEET; THENCE SOUTH 35° 06' EAST 50.4 FEET; THENCE SOUTH 5° 00' EAST 54.3 FEET; THENCE SOUTH 47° 00' EAST 221.2 FEET; THENCE SOUTH 54° 34' WEST 20.2 FEET TO THE INTERSECTION OF THE SOUTH LINE OF SAID SECTION 10; THENCE NORTH 89° 51' WEST 1620.82 FEET TO THE COMMON CORNER OF SECTION 9, 10, 15 AND 16, SAID TOWNSHIP AND RANGE; THENCE SOUTH 89° 51' 50" WEST 1305.95 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

PARCEL 15: (APN: 4471-021-034)


THE EASTERLY 300.00 FEET OF THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 1 SOUTH, RANGE 19 WEST, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING NORTHERLY OF A STRIP OF LAND 60.00 FEET WIDE, KNOWN AS ENCINAL CANYON ROAD, AS DESCRIBED IN DEED GRANTED TO SAID COUNTY, RECORDED MARCH 29, 1955 IN BOOK 47324 PAGE 226, OFFICIAL RECORDS OF SAID COUNTY.

PARCEL 16: (APN # 4471-021-033)

THAT PORTION OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID QUARTER; THENCE ALONG THE NORTHERLY LINE OF SAID QUARTER, NORTH 89° 49' 35" EAST 225 FEET; THENCE SOUTH 0° 18' 53" WEST ALONG A LINE PARALLEL WITH THE WESTERLY LINE OF SAID QUARTER TO THE NORTHERLY LINE OF ENCINAL CANYON ROAD, (60 FEET WIDE), DESCRIBED AS PARCEL "A" IN DEED RECORDED APRIL 27, 1955 IN BOOK 47605 PAGE 380, OFFICIAL RECORDS, AS INSTRUMENT NO. 2850 OF SAID COUNTY; THENCE ALONG SAID ENCINAL CANYON ROAD, SOUTH 89° 36' WEST 224.99 FEET TO SAID WESTERLY LINE; THENCE NORTH 0° 18' 53" EAST ALONG SAID WESTERLY LINE TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ALL OIL, GAS AND MINERALS IN, ON OR UNDER SAID LAND, BUT WITHOUT ANY RIGHT OF SURFACE ENTRY TO A DEPTH OF 500 FEET BELOW THE SURFACE OF SAID LAND, AS RESERVED BY FRANK BIASTRE AND CLAUDINE BIASTRE, HIS WIFE, IN DEED RECORDED SEPTEMBER 18, 1972 AS INSTRUMENT NO. 488.

PARCEL 17A: (APN # 4471-003-011)

THE NORTH HALF OF THE NORTHWEST QUARTER OF SECTION 11, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, COUNTY OF LOS ANGELES, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM THAT PORTION OF SAID LAND, LYING EASTERLY AND NORTHEASTERLY OF A LINE, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF SAID SECTION 11, WITH THE CENTER LINE OF MULHOLLAND HIGHWAY, (100 FEET WIDE), AS DESCRIBED IN RESOLUTION APPROVED ON APRIL 2, 1934 BY THE BOARD OF SUPERVISORS OF LOS ANGELES COUNTY, RECORDED APRIL 10, 1934 IN BOOK 12707 PAGE 152, OFFICIAL RECORDS, AS INSTRUMENT NO. 943 OF SAID COUNTY; THENCE SOUTHERLY AND SOUTHEASTERLY, ALONG SAID CENTER LINE TO ITS FIRST INTERSECTION THEREOF WITH THE SOUTHERLY LINE OF THE NORTH HALF OF THE NORTHWEST QUARTER OF SAID SECTION 11.

PARCEL 17B: (APN # 4471-003010)

THE NORTHEASTERLY QUARTER OF THE NORTHWEST QUARTER OF SECTION 11 TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING EASTERLY AND NORTHEASTERLY OF A LINE, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF SAID SECTION 11, WITH THE CENTER LINE OF MULHOLLAND HIGHWAY, (100 FEET WIDE), AS DESCRIBED IN RESOLUTION APPROVED ON APRIL 2, 1934 BY THE BOARD OF SUPERVISORS OF LOS ANGELES COUNTY, RECODED APRIL 10, 1934 IN BOOK 12707, PAGE 152 OFFICIAL RECORDS, AS INSTRUMENT NO. 943 OF SAID COUNTY; THENCE SOUTHERLY AND SOUTHEASTERLY, ALONG SAID CENTER LINE TO ITS FIRST INTERSECTION THEREOF WITH THE SOUTHERLY LINE OF THE NORTH HALF OF THE NORTHWEST QUARTER OF SAID SECTION 11.

PARCEL 18A: (APN # 4471-003-032)

THAT PORTION OF THE NORTH HALF OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHWESTERLY OF THE FOLLOWING DESCRIBED LINE:

BEGINNING AT THE NORTHWESTERLY CORNER OF SAID SOUTHWEST QUARTER; THENCE SOUTH 71° 57' 58" EAST 2825.01 FEET TO A POINT IN THE EASTERLY LINE OF SAID SOUTHWEST QUARTER, DISTANT THEREON NORTH 0° 47' 04" EAST 1766.75 FEET FROM THE SOUTHEAST CORNER OF SAID SOUTHWEST QUARTER.

PARCEL 18B: (APN # 4471-003-030)

THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 18C: (APN # 4471-003-031)

THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 19: (APN # 4471-021-028)

THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 1 SOUTH, RANGE 19 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THAT PORTION AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID NORTHEAST QUARTER OF

THE NORTHEAST QUARTER; THENCE EASTERLY ALONG THE NORTH LINE OF SAID NORTHEAST QUARTER A DISTANCE OF 225 FEET; THENCE SOUTHERLY PARALLEL WITH THE WEST LINE OF SAID QUARTER SECTION, A DISTANCE OF 950 FEET; THENCE SOUTHWESTERLY IN A DIRECT LINE TO A POINT IN SAID WEST LINE DISTANT SOUTHERLY 1000 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPT THAT PORTION LYING SOUTHERLY AND SOUTHWESTERLY OF THE CENTERLINE OF THAT CERTAIN 60 FEET EASEMENT FOR PUBLIC ROAD AND HIGHWAY PURPOSES AS DESCRIBED IN THE DEED TO THE COUNTY OF LOS ANGELES RECORDED JUNE 6, 1955 AS INSTRUMENT NO. 3763, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ALSO EXCEPT THE SOUTH HALF OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION.
(End of Legal Description)



**Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, December 14, 2015

CONFIRMATION :

Your Lodged Order Info:

( 1619654.docx )
  A new order and exhibit has been added

- **Office**:  Northern Division
- **Case Title**:  Malibu Associates, LLC, a California limited liabi
- **Case Number**:  15-10477
- **Judge Initial**:  DS
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  110
- **On Date**:  12/14/2015 @ 11:03 AM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California  90067-3012.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 14, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Cristina E. Bautista** – Cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com, adelle.shafer@kattenlaw.com
- **Patrick M. Costello** – pcostello@vectislawgroup.com, clee@vectislawgroup.com
- **Brian D. Fittipaldi** – brian.fittipaldi@usdoj.gov
- **Jessica Mickelsen Simon** – Jessica.mickelsen simon@kattenlaw.com, adelle.shafer@kattenlaw.com, ecf.law.docket@kattenlaw.com
- **David L. Neale** – dln@lnbyb.com
- **Ronald N. Richards** – ron@ronaldrichards.com, nick@ronaldrichards.com
- **Lindsey L. Smith** – lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (ND)** – ustpregion16.nd.ecf@usdoj.gov
- **Joshua D. Wayser** – joshua.wayser@kattenlaw.com, Jessica.mickelsen@kattenlaw.com, kim. Johnson@kattenlaw.com, ecf.lax.docket@kattenlaw.com, adelle.shafer@kattenlaw.com
- **DACA VI LLC** – awhatnall@daca4.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On December 14, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Malibu Associates, LLC, a California limited
liability company
650 B Fremont Avenue, # 311
Los Altos, California  94024-4812

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 14, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Deborah J. Saltzman                                          *Via Personal Delivery*
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1334
Los Angeles, CA  90012

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## LIST OF 20 LARGEST UNSECURED CREDITORS

| | |
|---|---|
| Evicom Corporation<br>4165 E. Thousand Oaks Blvd.<br>Suite 290<br>Thousand Oaks, CA 91362 | Ballard Rosenberg Golper & Savitt LLP<br>500 North Brand Blvd., 20th Floor<br>Glendale, CA 91203 |
| PMC Project Management<br>12976 Camino Del Canto<br>Del Mar, CA 92014 | EPD Consultants<br>20722 Main Street<br>Carson, CA 90745 |
| Bob Burke & Company<br>1100 S. Flower Street<br>Suite 3300<br>Los Angeles, CA 90015 | Mark A. Massara, Esq.<br>1642 Great Highway<br>San Francisco, ca 94122 |
| RCE Consultants, Inc.<br>23332 Mill Creek, Suite 205<br>Laguna Hills, CA 92653 | Blakeley & Blakeley LLP<br>2 Park Plaza, Suite 400<br>Irvine, CA 92614 |
| Glass Ratner<br>3424 Peachtree Road NE<br>Suite 2150<br>Atlanta, GA 30326 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 14, 2015 | Adelle Shafer | /s/ Adelle Shafer |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.