**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>MALIBU ASSOCIATES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>                                              Debtor. | Case No.: 9:15-bk-10477-DS<br><br>Chapter 11<br><br>**NOTICE SCHEDULING CHAPTER 11 STATUS CONFERENCE**<br><br>Date:           May 26, 2016<br>Time:          1:30 p.m.<br>Courtroom: 202<br>1415 State Street, Santa Barbara, CA 93101 |

Notice is hereby given that a status conference in this case will be held on **May 26, 2016, at 1:30 p.m.**, before the Honorable Deborah J. Saltzman, United States Bankruptcy Judge, at 1415 State Street, Courtroom 202, Santa Barbara, California 93101.

DATE: <u>March 30, 2016</u>.                    By:   <u>"s/" Kam Rust                              </u>.
                                                                          Deputy Clerk, U.S. Bankruptcy Court

-1-